# EXHIBIT 1

YouTube notice, "YouTube Channel Removed: Trademark Policy Violation," June 13, 2026, 5:15 a.m.

Gmail

Tom Griffin <tpgriffin@gmail.com>

## YouTube Channel Removed: Trademark Policy Violation

1 message

**YouTube** <no-reply@youtube.com> Sat, Jun 13, 2026 at 5:15 AM
Reply-To: YouTube <no-reply@youtube.com>
To: americanvodka-6041@pages.plusgoogle.com

YouTube

Hi AmericanVodka,

We'd like to inform you that we've received a trademark complaint regarding your YouTube account. After review, the following content has been removed from YouTube:

**Channel:** **The Onli Corporation Video Vault**

Going forward, you won't be able to access, possess, or create any other YouTube channels.

### What you can do next

There are steps you can take if you want to appeal this decision:

- For further information about our trademark policy, please visit this **Help Center article**.
- Appeal **here**. Make sure to fill out the appeal form as completely as possible, including your channel URL: **https://www.youtube.com/channel/UCyb7UejaQb4YLrUBERPOj2A**
- Learn about your **resolution options**.

If you have any further questions, please feel free to reach out to us **here**.

Sincerely,
The YouTube team

---

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2026 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# EXHIBIT 2

Wyoming Secretary of State, Filing Information, ONLI.AI, INC., Filing ID 2025-001815645 (printed Sept. 6, 2026)

**STATE OF WYOMING ⁎ SECRETARY OF STATE**
**BUSINESS DIVISION**
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone: 307-777-7311 · Website: https://sos.wyo.gov · Email: business@wyo.gov

# Filing Information

**Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **ONLI.AI, INC.** | | |
| **Filing ID** | **2025-001815645** | | |
| Type | Profit Corporation | Status | Active |

## General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 11/14/2025 8:11 AM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | |

### Share Information

| | | | | | |
|---|---|---|---|---|---|
| Common Shares | 10,000,000 | Preferred Shares | 0 | Additional Stock | N |
| Par Value | 0.0010 | Par Value | 0.0000 | | |

### Principal Address

10845 E Candlewood Dr
Scottsdale, AZ 85255-8163

### Mailing Address

10845 E Candlewood Dr
Scottsdale, AZ 85255-8163

### Registered Agent Address

Corporation Service Company
1821 Logan Ave
Cheyenne, WY 82001

### Parties

| Type | Name / Organization / Address |
|---|---|
| Incorporator | Dhryl D Anton 10845 E Candlewood Dr Scottsdale, AZ 85255-8163 |

### Notes

| Date | Recorded By | Note |
|---|---|---|

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|

## Amendment History

# Filing Information

**Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **ONLI.AI, INC.** | | |
| **Filing ID** | **2025-001815645** | | |
| Type | Profit Corporation | Status | Active |

| ID | Description | Date |
|---|---|---|
| See Filing ID | Initial Filing | 11/14/2025 |

# EXHIBIT 3

Email exchange, subject "Re: An Olive Branch," June 1–2, 2026 (Griffin / D. Anton / Weiner Law Group)

Tom Griffin <tom@thegrif.net>

Gmail

**Re: An Olive Branch**

**Tom Griffin <tom@thegrif.net>** Mon, Jun 1, 2026 at 6:58 AM
To: Dhryl Anton <dhrylanton@gmail.com>

I never said I didn't buy the domains. Not only did I buy the domains, I made sure to whitelist the registrar through the forwarder your Soviet mini-me setup so you'd fine out. It was an escalation to deeacalate. It obviously didn't work.

And once again, buying domains isn't a crime. Putting them up for sale also isn't a crime. Put 4x whatever you paid the Soviet into escrow.com and they're yours. Expect that any such deal would be contingent on you and your squad signing mutual confidentiality and non-disparagement agreements. You, Katherine, Ian, and Michael (if you didn't kill him after he botched your encryption scheme and cost you billions).

I can't contractually agree to not refer the event to the FBI (your team of attorneys will explain why, I can't be bothered) so I suppose you'll have to trust me. Just like I'm going to have to trust you not to send thugs into my apartment complex again with uzis the next time I take the dogs out for a walk.

I still can't believe you threatened the dogs. Big man, Dr Anton. Big man…

Gmail

**Tom Griffin <tom@thegrif.net>**

---

**Re: An Olive Branch**

---

**Dhryl Anton <dhrylanton@gmail.com>** Mon, Jun 1, 2026 at 10:54 AM
To: Tom Griffin <tom@thegrif.net>

So $8000
You sell me the domains
You stop with the videos
I don’t want any documents. -
You will have to give me your word and trust we will keep our word.

Done

Sent from my iPhone

Gmail

**Tom Griffin <tom@thegrif.net>**

---

**Re: An Olive Branch**

---

**Dhryl Anton <dhrylanton@gmail.com>** Mon, Jun 1, 2026 at 11:04 AM
To: Tom Griffin <tom@thegrif.net>

I will call you in an hour
Sent from my iPhone

Gmail

**Tom Griffin <tom@thegrif.net>**

**Re: An Olive Branch**

**Dhryl Anton <dhrylanton@gmail.com>** Mon, Jun 1, 2026 at 11:24 AM
To: Tom Griffin <tom@thegrif.net>

To be clear
I am not paying out of fear of exposure- there is no there there

I am paying you because your operation taught us an important lesson we clearly needed and there are real holes in our security processes at $8k we needed the pain

I will call in an hour

Sent from my iPhone

**Tom Griffin <tom@thegrif.net>**

Gmail

**Re: An Olive Branch**

**Tom Griffin <tom@thegrif.net>** Mon, Jun 1, 2026 at 11:30 AM
To: Dhryl Anton <dhrylanton@gmail.com>

I don't think you get it. I'm taking the deal off the table. You sent a guy win a gun to my home. You debated whether to attack my dogs. I'm taking the information to the FBI and they'll decide what to do with you and I'm going to my town to get.a TRO against you. I've been dealing with them all weekend on something completely unrelated and I've become quite the popular guy down there.

I don't want to hear from you. Stay away.

Gmail

**Tom Griffin <tom@thegrif.net>**

**Re: An Olive Branch**

**Dhryl Anton <dhrylanton@gmail.com>** Mon, Jun 1, 2026 at 11:55 AM
To: Tom Griffin <tom@thegrif.net>

I have no idea what you're talking about and whatever fantasy you've cooked up that's your domain you are a paranoid schizophrenic so as my lawyer and law enforcement has already pointed out there is literally nothing the law can do about you with any real consequences. You attacked me and my company and employees without provocation and put all our lives at risk. I think you don't get it. I get you don't want to see your self as the bad guy because you could hurt people with immunity and you don't want resolution

You did teach me something and for that I think you

Sent from my iPhone

Gmail

**Tom Griffin <tom@thegrif.net>**

---

**Re: An Olive Branch**

---

**Tom Griffin <tom@thegrif.net>** Mon, Jun 1, 2026 at 12:51 PM
To: Dhryl Anton <dhrylanton@gmail.com>

If you want to paper a deal have your lawyer contact me. If not, so be it.

Gmail

**Tom Griffin <tom@thegrif.net>**

**Re: An Olive Branch**

**Dhryl Anton <dhrylanton@gmail.com>** Mon, Jun 1, 2026 at 1:44 PM
To: Tom Griffin <tom@thegrif.net>

Lawyer will contact you

Sent from my iPhone

Gmail

**Tom Griffin <tom@thegrif.net>**

---

**Re: An Olive Branch**

---

**Dhryl Anton <dhrylanton@gmail.com>** Mon, Jun 1, 2026 at 3:58 PM
To: Tom Griffin <tom@thegrif.net>

Lawyers will contact you

Sent from my iPhone

Gmail

**Tom Griffin <tom@thegrif.net>**

**Re: An Olive Branch**

**Tom Griffin <tom@thegrif.net>** Mon, Jun 1, 2026 at 5:21 PM
To: Dhryl Anton <dhrylanton@gmail.com>

Lawyers! Plural! You pull another OJ and whip together a dream team against me?

I gave you the day. I cannot delay any longer, it jeopardizes the integrity of the charges and risks spoilation of the paper trail you've left behind you.

I'm leaving to babysit now. I'm writing it all up and submitting it. You want to be on the cc or you want to not see it coming?

Gmail

**Tom Griffin <tom@thegrif.net>**

**Re: An Olive Branch**

**Dhryl Anton <dhrylanton@gmail.com>** Mon, Jun 1, 2026 at 5:35 PM
To: Tom Griffin <tom@thegrif.net>

The lawyer is working on it no one is ignoring you ok.

Lawyers name Jay V Surgent Weiner Law Group
Phone 973-403-1100 ext 307

Sent from my iPhone

Gmail

**Tom Griffin <tom@thegrif.net>**

---

**Re: An Olive Branch**

---

**Dhryl Anton <dhrylanton@gmail.com>** Mon, Jun 1, 2026 at 6:45 PM
To: Tom Griffin <tom@thegrif.net>
Cc: jsurgent@weiner.law, pgrossman@weiner.law

This is the firm that will be handling it. Let’s not have any more contact. They are local to your area.

Sent from my iPhone

Gmail **Tom Griffin <tom@thegrif.net>**

**Re: An Olive Branch**

**Tom Griffin <tom@thegrif.net>** Tue, Jun 2, 2026 at 11:37 AM
To: Dhryl Anton <dhrylanton@gmail.com>
Cc: jsurgent@weiner.law, pgrossman@weiner.law

Lawyers:

I'm not sure what you're working on or how it pertains to me - but i informed Dhryl last night i was not interested in any deal with him. This comes on the heels of watching him go on an evidence deleting spree online.I've contacted the FBI and plan on handing everything over to them. I've been promised a call back shortly.

Please do not attempt to interfere with me referring this matter to the authorities. Your client has ripped off too many people - it's time his business is looked at under a microscope to find out what he's been up to and who else is involved.

Thanks,
Tom

**Tom Griffin <tom@thegrif.net>**

Gmail

---

**Re: An Olive Branch**

---

**Dhryl Anton <dhrylanton@gmail.com>** Tue, Jun 2, 2026 at 12:17 PM
To: Tom Griffin <tom@thegrif.net>
Cc: jsurgent@weiner.law, pgrossman@weiner.law

There was no spree of anything - all social media has been removed since your first attack. All corporate security has been upgraded since the phishing scheme to ensure no source material is no longer available for you to use to fabricate anything else. It is unfortunate that inconveniences you but there has been enough damage.

We have handed this matter over to legal to comply with your request to resolve this
Which is they are working on

Sent from my iPhone

Gmail

**Tom Griffin <tom@thegrif.net>**

---

**Re: An Olive Branch**

---

**Tom Griffin <tom@thegrif.net>** Tue, Jun 2, 2026 at 1:21 PM
To: Dhryl Anton <dhrylanton@gmail.com>
Cc: jsurgent@weiner.law, pgrossman@weiner.law

I'd you think I've committed crimes refer it to the FBI. I never phished you. You have no idea what you're talking about. Hire all the investigators you want; I've done nothing wrong.

Gmail

Tom Griffin <tom@thegrif.net>

**Re: An Olive Branch**

**Tom Griffin <tom@thegrif.net>** Tue, Jun 2, 2026 at 2:42 PM
Cc: jsurgent@weiner.law, pgrossman@weiner.law

Hey-

I didn't mean to be a jerk to you guys on the phone - the guy actually conspired to have someone wait outside so they could hurt my dogs while I was walking them:

"Dogs ahh perfect he has something he cares about to lose that will make him listen and yes he has to walk them perfect"

I've talked to multiple past clients - his entire operation is a sham. He has a history of assault, theft by deception, and bank fraud. Even if I did agree to sell him the domains, I'd be concerned about the provenance of the money. I don't want to be connected to this individual or any of his various Onli LLCs.

Again - I'm sorry if I came across like an ass on the phone - this has been incredibly stressful for me. I realize he has the financial means to squash me and that's probably what you guys are onto next. I understand that most people would take a payoff - but things changed when he sent a guy to my home with instructions to intimidate me, hurt my dogs if necessary, and steal my laptop.

It's why I started this email thread in the first place - i was going to handover my admission of guilt in making the YouTube channel, and I was hoping that would cool him off. Then he said his lawyers were coming to the meeting, then I wanted to bring my lawyer, and everything went off the rails.

FWIW, the video files and my attestation is included in the large Google Drive folder mentioned earlier in the thread. The channel is comprised of videos he had previously published publicly along with my commentary in the description of the video and a music album poking fun at his scam. I see no crime. If I'm wrong, I'll find that out in a courtroom I guess.

My apologies again…

# EXHIBIT 4

Transcript of June 2, 2026 telephone call from Paul Grossman, Esq., Weiner Law Group

# TRANSCRIPT OF TELEPHONE CALL

June 2, 2026

**Matter:** The Onli Corporation, et al. v. Griffin, No. 2:26-cv-07916 (JKS) (SDA) (D.N.J.)

**Parties to the call:** Paul Grossman, Esq., Weiner Law Group LLP, Parsippany, New Jersey (calling), with Jay V. Surgent, Esq., present on the call; Thomas Griffin (called).

**Source:** Audio recording of the call made by Thomas Griffin. Transcribed verbatim by Thomas Griffin from that recording. The recording is preserved and will be produced on request.

**P. GROSSMAN:** My name is Paul Grossman, I'm an attorney with the Weiner Law Group in Parsippany. I represent Onli Corporation and Dhryl and Katherine.

**T. GRIFFIN:** Sure

**P. GROSSMAN:** You sent us an email earlier today. I'm with my partner Jay Surgent, he's here as well.

**T. GRIFFIN:** Okay

**P. GROSSMAN:** Our client would like to just resolve this matter with you and I think you asked them earlier this week for $10,000 in exchange for the various different domain names that you've got--

**T. GRIFFIN:** I told him I would sell him the domain names I purchased, alright, But I'm not interested in resolving anything with him. I already contacted the FBI. Okay?

**P. GROSSMAN:** That's fine.

**T. GRIFFIN:** Alright, I'll talk to you guys later.

**P. GROSSMAN:** You'll be hearing from us soon.

*[End of call.]*

# EXHIBIT 5

Scottsdale Police Department Report No. 2611085 (June 1, 2026) with Supplement 1 (June 29, 2026), Supplement 2 (July 28, 2026), and Supplement 3 (July 29, 2026), redacted

SCOTTSDALE POLICE DEPARTMENT - Use of this document is regulated by LAW for OFFICIAL USE ONLY, for the original purpose requested. Contact the originating agency for any questions regarding this material.

**Scottsdale Police Department**
8401 E INDIAN SCHOOL RD | SCOTTSDALE, AZ 85251 | P: 480.312.5000

## Report # 2611085 - Department Report (DR) Report

| REPORT DATE / TIME | CAD EVENT # | EVENT START DATE / TIME - EVENT END DATE / TIME |
|---|---|---|
| Jun 1, 2026 19:17 | E2606010356 | Jun 1, 2026 14:52 - 19:00 |

| REPORTING OFFICER | PERSONNEL UNIT |
|---|---|
| GABRIEL LOPEZ-SILVA #B1839 | Via Linda Squad R3 |

EVENT STATISTICS

| | |
|---|---|
| ☐ Behavior Health Related | ☐ CSS Requested |
| ☐ Child Abuse/Exploitation | ☐ Ebike |
| ☐ Gang Related | ☐ Homelessness |
| ☐ Human Trafficking | ☐ Liquor Establishment |
| ☐ Nuisance Party | ☐ Opiate Related |
| ☐ Parks/Preserve | ☐ RJIP |
| ☐ School Incident | ☐ Short Term Rental (STR) |
| ☐ UC (HEaT Only) | ☒ Victim Rights Provided |

## NARRATIVE

Starting May 18th, 2026, a known suspect began to contact the victim via text message. The suspect subsequently bought domain names and published the victims company information on YouTube. This incident occurred online but the victim lives at 108[redacted] E Candlewood Dr in Scottsdale.

On June 1st, 2026, at 1731 hours, I was dispatched to delayed fraud report. I phoned the number given to contact the reporting party, Michaela. A female answered the phone, and she later identified herself as Michaela (Katherine) Anton with her date of birth. She told me about the following:

Michaela and her husband, Dhryl, [redacted]. She reported that an individual had obtained and published personal and company related information online, including her outdated banking information. She stated that the individual had also registered internet domain names containing her and her husband's names and was attempting to extort money from them in exchange for those domains. Michaela advised that she had already filed a complaint with the FBI's Internet Crime Complaint form.

According to Michaela, on May 18, 2026, at approximately 0607 hours, she and her husband, as well as several family members, received multiple text messages containing AI-generated images. Michaela told me the AI images included images of her husband giving donuts to children as well as her husband holding a teddy bear with a wanted poster shirt. The messages were sent through iMessage using a Proton email address: [redacted]

Michaela stated that the messages were sent to her sister, father, and her sister's ex-husband. The communications continued until approximately 1758 hours. At 1759 hours, she received what appeared to be drone footage of her residence, although she could not determine whether the footage was real or AI generated.

Michaela advised that no one responded to the messages except her father, her father responded asking who he was and what he was promoting. According to Michaela, he received a reply stating the patient records were stored in my "only vault you animal" and stating that he did not know their way around "uniqueness quantification".

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| GABRIEL LOPEZ-SILVA #B1839 Jun 10, 2026 00:37 (e-signature) | DUSTIN PATRICK #1424 Jun 10, 2026 01:07 (e-signature) |
| PRINT NAME | PRINT NAME |
| GABRIEL LOPEZ-SILVA #B1839 | DUSTIN PATRICK #1424 |

SCOTTSDALE POLICE DEPARTMENT - Use of this document is regulated by LAW for OFFICIAL USE ONLY to the original purpose requested. Contact the originating agency for any questions regarding this material.

Later that evening, at approximately 2203 hours, Michaela received a direct text containing what she described as incoherent and rambling statements. She said the sender accused her husband of harmful conduct and referenced one of the company's software products, claiming it contained a "virus" like the one that had affected Elizabeth Holmes.

Michaela stated she had further information related to the suspect. She provided me with the following information:

- Name: [redacted]
- Phone Number: [redacted]
- Address: [redacted]

When asked how she obtained this information, Michaela explained that the sender had referenced a telephone number with a [redacted] -area code. She also recalled an Instagram account associated with the name [redacted] that had previously followed her. Additionally, she stated that her company's CTO and her husband were aware of prior issues involving [redacted] and provided her with identifying information after the incident occurred.

Michaela further reported that on May 31, 2026, the suspect advised that he had purchased several internet domains incorporating her name, her husband's name, and their company's name. Examples included onlyclassaction.com, onlylawsuit.com, dhrylscam.com, and kathrinenanton.com.

According to Michaela, the suspect offered to transfer ownership of the domains in exchange for $10,000.

Michaela stated that after obtaining the [redacted] phone number, she conducted her own research and identified an associated IP address. She also reported that her husband continued receiving emails from the suspect threatening to publish additional information unless the domains were purchased.

Michaela advised that videos had been uploaded to YouTube under the account [redacted] and alleged that the suspect had published company intellectual property and proprietary materials.

She further stated that the suspect appeared to possess information that should not have been accessible to him, leading her to believe that her and her husband's phones may have been compromised. As a result, they replaced their devices.

I asked Michaela whether she would be willing to aid in prosecution, she told me yes.

I provided Michaela with an Evidence.com link and asked her to submit anything relating to her report.

I reviewed several videos posted on a YouTube channel under the account name [redacted] In the descriptions of the videos, I observed a statement that read: “Nothing you see here ever made it into a finished product or put in a customer's hands. These videos were only used by [redacted] to persuade investors to wire money to the [redacted] Lending Club Bank account [redacted].”

After reviewing the videos, I observed that, according to the individual posting the content, the videos were created by Katherine (Michaela), her husband, Dhryl and other [redacted] employees. Within the video’s description, the individual expressed his opinions regarding the company and its products.

I also reviewed email communications provided by Michaela that appeared to document exchanges between Dhryl Anton and [redacted] Within those emails, [redacted] stated that purchasing internet domain names was not illegal and indicated he was willing to involve attorneys regarding a settlement or release agreement related to a dispute that was not clearly identified in the correspondence reviewed.

Based on the information provided, a DR was initiated to document the incident.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| GABRIEL LOPEZ-SILVA #B1839 Jun 10, 2026 00:37 (e-signature) | DUSTIN PATRICK #1424 Jun 10, 2026 01:07 (e-signature) |
| PRINT NAME | PRINT NAME |
| GABRIEL LOPEZ-SILVA #B1839 | DUSTIN PATRICK #1424 |

SCOTTSDALE POLICE DEPARTMENT - Use of this document is regulated by LAW for OFFICIAL USE ONLY for the original purpose requested. Contact the originating agency for any questions regarding this material.

This concluded my involvement with this incident.

## OFFENSE-1

OFFENSE CODE
13-1804A6 | THEFT BY EXTORTION-EXPOSE SECRETS

| OFFENSE START DATE | OFFENSE END DATE | OFFENSE COMPLETION | SUSPECTED HATE CRIME |
|---|---|---|---|
| May 18, 2026 06:07 | Jun 1, 2026 00:00 | ☐ COMPLETED ■ ATTEMPTED | ☐ YES ■ NO |

| SUSPECTED COMPUTER/ HANDHELD DEVICE USE | SUSPECTED ALCOHOL CONSUMPTION | OTHER SUSPECTED DRUG USE | DOMESTIC VIOLENCE |
|---|---|---|---|
| ■ YES ☐ NO | ☐ YES ■ NO | ☐ YES ■ NO | ☐ YES ■ NO |

| WEAPON / FORCE INVOLVED | THEFT OF COMMERCIAL FREIGHT IN TRANSIT? |
|---|---|
| None | ☐ YES ■ NO |

### *OFFENSE LOCATION*

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION
[redacted]

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | US |

| LOCATION CATEGORY | DISTRICT / BEAT / SUB ZONE / SUBDIVISION 4 / SUBDIVISION 5 | PUBLIC / PRIVATE |
|---|---|---|
| Residence/Home | FH / 19 / 4104 | Private |

### *VICTIMS-1*

| VICTIMS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| V-1 Anton, Michaela Kathrens | [redacted] |

| SEX | RACE / ETHNICITY | PHONE NUMBER | EMAIL ADDRESS |
|---|---|---|---|
| Female | White | [redacted] | [redacted] |

HOME ADDRESS
[redacted]

### *SUSPECTS-1*

| SUSPECTS-1 NAME (LAST, FIRST MIDDLE) | SEX | RACE / ETHNICITY |
|---|---|---|
| S-1 UNKNOWN, UNKNOWN | Unknown | Unknown / Unknown |

## OFFENSE-2

OFFENSE CODE
13-2921A1 | HARASSMENT - BY COMMUNICATION

| OFFENSE START DATE | OFFENSE END DATE | SUSPECTED COMPUTER/ HANDHELD DEVICE USE |
|---|---|---|
| May 18, 2026 06:07 | Jun 1, 2026 00:00 | ☐ YES ■ NO |

| SUSPECTED ALCOHOL CONSUMPTION | OTHER SUSPECTED DRUG USE | DOMESTIC VIOLENCE |
|---|---|---|
| ☐ YES ■ NO | ☐ YES ■ NO | ☐ YES ■ NO |

### *OFFENSE LOCATION*

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION
[redacted]

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | US |

| LOCATION CATEGORY | DISTRICT / BEAT / SUB ZONE / SUBDIVISION 4 / SUBDIVISION 5 | PUBLIC / PRIVATE |
|---|---|---|
| Residence/Home | FH / 19 / 4104 | Private |

### *VICTIMS-1*

| VICTIMS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| V-1 Anton, Michaela Kathrens | [redacted] |

| SEX | RACE / ETHNICITY | PHONE NUMBER | EMAIL ADDRESS |
|---|---|---|---|
| Female | White | [redacted] | [redacted] |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| GABRIEL LOPEZ-SILVA #B1839 Jun 10, 2026 00:37 (e-signature) | DUSTIN PATRICK #1424 Jun 10, 2026 01:07 (e-signature) |
| PRINT NAME | PRINT NAME |
| GABRIEL LOPEZ-SILVA #B1839 | DUSTIN PATRICK #1424 |

**SCOTTSDALE POLICE DEPARTMENT** - Use of this document is regulated by LAW for OFFICIAL USE ONLY for the original purpose requested. Contact the originating agency for any questions regarding this material.

HOME ADDRESS

[redacted]

*SUSPECTS-1*

| SUSPECTS-1 NAME (LAST, FIRST MIDDLE) | SEX | RACE / ETHNICITY |
|---|---|---|
| S-1 UNKNOWN, UNKNOWN | Unknown | Unknown / Unknown |

## RELATIONSHIPS ADDENDUM

| NAME | RELATIONSHIP | SUBJECT |
|---|---|---|
| Michaela Kathrens Anton | RELATIONSHIP UNKNOWN | UNKNOWN UNKNOWN |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| GABRIEL LOPEZ-SILVA #B1839 Jun 10, 2026 00:37 (e-signature) | DUSTIN PATRICK #1424 Jun 10, 2026 01:07 (e-signature) |
| PRINT NAME | PRINT NAME |
| GABRIEL LOPEZ-SILVA #B1839 | DUSTIN PATRICK #1424 |

SCOTTSDALE POLICE DEPARTMENT - Use of this document is regulated by LAW for OFFICIAL USE ONLY, for the original purpose requested. Contact the originating agency for any questions regarding this material.

## Report # 2611085 - Supplement - 1 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORTING OFFICER |
|---|---|---|
| Jun 29, 2026 01:45 | Jun 28, 2026 17:03 - Jun 29, 2026 01:45 | SIMON KITER #B1410 |

SUPPLEMENT TYPE
Assisting Narrative

## NARRATIVE

On Sunday 06-28-26 at approximately 1746 hours, I was dispatched to make telephone contact with [redacted] (RP) reference threats. I contacted [redacted] and he told me the following in summary:

[redacted] is a resident of [redacted]. He works [redacted]. Back in 2021, he was contacted by a friend, "Felix Sater", to look into a company [redacted], since he was looking to invest $60,000 with them.

[redacted] advised the owner of the company had numerous aliases: Dhryl Anton, Darryl Anton Mitchell, Antonio Demetiros. His wife is also related to the company with the names of M. Catherine Anton, and McKayla Catherine Parker. Their residence was in [redacted]. He saw Dhryl had a criminal history of fraud and ID theft. He believed the company was involved in fraud.

[redacted] advised he posted parody videos on YouTube about Dhryl, including criticizing their child's parentage since Dhryl is black and Catherine is white. [redacted] did not mention why he made or posted the videos. He has been dealing with ongoing harassment issues with Dhryl, and he recently sent a mutual non-contact agreement for him to sign.

[redacted] advised things escalated when on 05-18-26, he sent Dhryl a link to an article about a new Steve Jobs biography asking him what he thought. Dhryl got upset advising he had [redacted] psychology history and threatened to have him committed. After [redacted] posted a Maury Povich video referencing who was the father of their child, Catherine made a statement "you will pay".

On 05-22-26, [redacted] iMessenger was not working. He received a call from Apple that ended up being an SMS phishing scam. [redacted] ended up giving the subject access to his iCloud account. An iPad from Cypress then connected to his account.

[redacted] believed Dhryl paid someone to facilitate the scam. [redacted] described how he created a virtual machine designed to appear as his laptop with an Apple ID. A computer from Norway accessed the virtual machine and created a user account. The attacker attempted to take webcam photos, and accessed a video related to Dhryl, and changed it to be marked as private on his YouTube account so it would no longer be displayed.

[redacted] ended up getting access to the subject's computer and located chat logs between the subject and Dhryl, in which Dhryl conspired to get his company domains and laptops from [redacted] by sending people to his residence.

[redacted] advised Dhryl had sent two lawyers to his residence in [redacted] in an attempt to obtain the company domains from [redacted] advised he would sell the domains to them for $10,000 to make all the harassment stop.

[redacted] put together a log of all the information with statements of what has happened so far. I requested he upload the files to Axon, and a link was sent to him by email. I advised him the information would be reviewed upon upload.

While reviewing the address on [redacted] provided by [redacted] I noted a report for Fraud filed by Michaela Anton (IO) against [redacted] outlining much of what [redacted] described (DR 2611085). This contact was added to the report.

This concludes my involvement in the above incident.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| SIMON KITER #B1410 Jun 29, 2026 01:47 (e-signature) | ERIC SCHWARTZ #1189 Jul 3, 2026 19:04 (e-signature) |
| PRINT NAME | PRINT NAME |
| SIMON KITER #B1410 | ERIC SCHWARTZ #1189 |

**SCOTTSDALE POLICE DEPARTMENT** - Use of this document is regulated by LAW for OFFICIAL USE ONLY, for the original purpose requested. Contact the originating agency for any questions regarding this material.

## INVOLVED PERSONS

| INVOLVED PERSON-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| P-1 [redacted] | [redacted] |

| SEX | RACE / ETHNICITY | PHONE NUMBER | EMAIL ADDRESS |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

HOME ADDRESS

[redacted]

INVOLVEMENT TYPE

Investigative Lead

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| SIMON KITER #B1410 Jun 29, 2026 01:47 (e-signature) | ERIC SCHWARTZ #1189 Jul 3, 2026 19:04 (e-signature) |
| PRINT NAME | PRINT NAME |
| SIMON KITER #B1410 | ERIC SCHWARTZ #1189 |

SCOTTSDALE POLICE DEPARTMENT - Use of this document is regulated by LAW for OFFICIAL USE ONLY. For the original purpose requested. Contact the originating agency for any questions regarding this material.

## Report # 2611085 - Supplement - 2 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORTING OFFICER |
|---|---|---|
| Jul 28, 2026 13:44 | Jul 28, 2026 12:30 - 13:00 | ADA LEA #1215 |

SUPPLEMENT TYPE
Follow Up

## NARRATIVE

During the month of June 2026, I reviewed the material submitted by reporting party Michaela Anton related to this report. Michaela owns a business [redacted] with her husband, Dhryl Anton. The material uploaded by Michaela consisted of large files containing YouTube videos, screenshots of text messages, along with several documents that appear to be emails between Dhryl and the suspect, who Michaela identified as [redacted].

In reviewing the submitted material, I noted the following:

- The text messages submitted as evidence begin with texts between [redacted] and another [redacted] employee sometime in 2022. Subsequent text messages appear to be sent by [redacted] to numerous people, including Michaela and Dhryl. In the text messages between Dhryl and [redacted] the conversation becomes heated and antagonistic as it progresses. [redacted] appears to be angry at Dhryl and the anger is related to money a friend or acquaintance who lost money due to a bad investment in Dhryl's business. [redacted] also bought several domains containing Dhryl and Michaela's names, and the [redacted] name. He proposed to sell these domains back to Dhryl for approximately $8000.00. It also appeared [redacted] made several parody-type videos about Dhryl, comparing Dhryl and Michaela to O.J. and Nicole Simpson, and making accusations about him fathering a child with another woman. I was not able to access the videos to watch them in their entirety.
- The emails between Dhryl and [redacted] could be described as hostile negotiations for ownership of the domains purchased by [redacted]
- Some of the messages sent by [redacted] refer to an unknown male [redacted] alleged was sent by Dhryl to Griffin's residence for what he believes was an intent to frighten and intimidate him. [redacted] appears to have gathered information related to the incident.
- I did not find any repeated requests by either Michaela or Dhryl to [redacted] to stop sending messages. The correspondence appeared to be more argumentative (on both sides) than threatening. In the material submitted, I did not find any direct threats made by either [redacted] or Dhryl.
- It appeared [redacted] located contact information for the Anton's family members, and added them to the text chat for the purpose of broadcasting the information he was sending to the Antons.

On 7/28 and 7/29 I contacted Michaela Anton by phone. Michaela advised that with the assistance of her attorney, she and Dhryl had obtained a temporary restraining order against [redacted]

During my conversation with Michaela on 7/29 (Dhryl and their attorney were on the conference call), I told her I understood their reason for making a police report, but selling the domain names to them for a price (and the fact that Dhryl negotiated a price with them) did not constitute extortion.

I also told them I had investigated the incident reported by Michaela of the vehicle that pulled up to the entrance of their gated community on 6/17/26, asking to be let in to go to their address. I had investigated the vehicle and its registered owner in the interest of the Anton's safety. I told Michaela that the registered owner sold the vehicle over a year ago, and did not match the image of the driver who approached the gate. The registered owner had no connection whatsoever to [redacted]

I advised the Antons and their attorney that I would document the materials I had reviewed, but would be inactivating the case since I did not believe the information provided supported the extortion charge.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| ADA LEA #1215 Jul 29, 2026 15:20 (e-signature) | CODY CARLISLE #1353 Jul 29, 2026 15:46 (e-signature) |
| PRINT NAME | PRINT NAME |
| ADA LEA #1215 | CODY CARLISLE #1353 |

SCOTTSDALE POLICE DEPARTMENT - Use of this document is regulated by LAW for OFFICIAL USE ONLY for the original purpose requested. Contact the originating agency for any questions regarding this material.

The Antons have filed several IC3 reports regarding the incidents between them and [redacted] I asked Michaela if the FBI had responded and she said she had spoken to someone about getting additional information, but was not aware of an investigation being initiated. NFI.

## INVOLVED PERSONS

| INVOLVED PERSON-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| P-1 Anton, Dhryl Doshi | [redacted] |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | Black or African American / Unknown | [redacted] |

| HOME ADDRESS | BEEN AT LOCATION SINCE |
|---|---|
| [redacted] | Jul 28, 2026 |

| INVOLVEMENT TYPE |
|---|
| Involved Other - Victim |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| ADA LEA #1215 Jul 29, 2026 15:20 (e-signature) | CODY CARLISLE #1353 Jul 29, 2026 15:46 (e-signature) |
| PRINT NAME | PRINT NAME |
| ADA LEA #1215 | CODY CARLISLE #1353 |

SCOTTSDALE POLICE DEPARTMENT - Use of this document is regulated by LAW for OFFICIAL USE ONLY for the original purpose requested. Contact the originating agency for any questions regarding this material.

# Report # 2611085 - Supplement - 3 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORTING OFFICER |
|---|---|---|
| Jul 29, 2026 15:29 | Jul 29, 2026 15:00 - 15:15 | ADA LEA #1215 |

SUPPLEMENT TYPE
Follow Up

## NARRATIVE

While investigating this incident during the month of July 2026, I discovered an FI document in Mark 43 that was associated with the Antons' residential address (E2411140230). During a conversation with the Antons on 7/29/26, I confirmed that they had been living at that address since approximately May of 2024. The physical description of the two subjects in the field interview document appeared to match Dhryl and Michaela Anton. The reporting party (Cassandra Marie Chavez) also identified the two property owners as Dhryl ("Doc") Anton and Michaela Catherine Anton. I added an association with this report to the field interview document, since the Antons' information had not been entered into it by Officer Large. NFI.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| ADA LEA #1215 Jul 29, 2026 15:56 (e-signature) | CODY CARLISLE #1353 Jul 29, 2026 16:03 (e-signature) |
| PRINT NAME | PRINT NAME |
| ADA LEA #1215 | CODY CARLISLE #1353 |

# EXHIBIT 6

Email of Thomas Griffin, subject "My Response," June 17, 2026, 5:01 p.m. (pages 1–2 and 6 of 6)

Gmail

Tom Griffin <tom@thegrif.net>

## My Response

**Tom Griffin** <tom@thegrif.net> Wed, Jun 17, 2026 at 5:01 PM
To: Dhryl Anton <dhrylanton@gmail.com>, Dhryl Anton <doc@theonlicorporation.com>, doc@onli.one, "r2odoc@mac.com" <r2odoc@mac.com>, "katwebaccount@gmail.com" <katwebaccount@gmail.com>, "kat@onli.one" <kat@onli.one>

Doc,

I have been trying since May 31 to bring you to the table to resolve this. It's time to get this done. There was a lot to unpack in your last response - so let me try to respond to each of your points. I hope you take the time to review this thoroughly - please do not skim and scroll down to the bottom and make a rash decision.

***You accused me of being racist. If you knew me, you'd know I don't have a racist bone in my body.***

I've dated girls of all colors. I have a sister from South Korea. After winning the Rockaway Spanish American League, and we needed to pick a 5th bowler from the league to go with us to compete in the NJ Tournament of Champions, did we pick one of the 90 Hispanic bowlers? No. We did not. We picked Fitz, the token Black guy of the league who I've been buying beers for since I was fifteen. And yes, we won. The Griffins do not show up to bowling to lose.

I've competed with and volunteered for Many Styles of Bowling since 2015. We usually have close to 250-300 bowlers for weekend tournaments - and I'm still the only white guy in the troop.

I knocked on doors and made phone calls for Cory Booker for Mayor of Newark in 2002 (when he lost to James) and then again in 2006 when he won.

I've been a volunteer contributor on OpenMRS since 2015 and a committer since 2019 through my relationship with Regenstrief Institute. OpenMRS is an open-source EMR capable of running on laptops in small clinics or large servers for nation-wide use. It started out in a single clinic in Kenya but is now used throughout the developing-world - places where AIDS, tuberculosis, and malaria afflict the lives of millions. As I write this it's being used in the Ebola outbreak in the Congo.

I spent nearly all of 2021 working with the Capital Region Vaccine Equity Collaborative in Albany, helping bring accessible immunization sites directly into historically underserved and black and brown communities across upstate New York.

The Summer prior to that I was involved in efforts to push BLM across Northern NJ and then into Lower Manhattan. I'm in a rambling mood so let me share this story with you - because I think it'll make you smile 🙂

One of the craziest things I ever saw was a march we did across Nutley, planned to end at the Nutley municipal building. Nutley is one of the racist strongholds of Northern New Jersey. It's filled with all of the Italians that got moved out of Newark when they chose white flight instead of assimilating with brown and black families moving into the area.

These Nutley guidos…you know the knights of Columbus guys… they get it in their head that this BLM rally isn't aimed at the municipal building for the final hurrah - but instead, they're coming directly to the bust of Christopher Colombus standing in the park adjacent to the municipal complex - and they're coming to destroy it. You have to understand - the Newark Christopher Colombus statue was removed earlier that week - and tensions were already bubbling over about the possibility that Nutley too may lose their Italian symbol of pride.



The Nutley locals actually lock arms and create a human shield around the statue in anticipation of the march coming down Vincent Place, past the park, and alongside the municipal complex. And over the next few minutes, that huge mass of protesters drilled precisely down on that bust - and you can take a guess what happened.

From Channel 2 News:

> *This started with about 100 people circling the Christopher Columbus statue at the center of town, saying they are defenders of the statue and defenders of their heritage.*
>
> *They gathered after hearing that several people from the group NY for Black Lives would be marching to this area. They say they are fed up with the injustice people of color are subjected to, not only in large cities, but in smaller places like here in Nutley, New Jersey.*
>
> *They say they are doing this in peace. They also say they came here because this had nothing to do with the statue at all. "We're meeting at Town Hall because this is the center of our governing bodies. That's where our police station is, and our town hall is. So that is the only reason why. We do support the legal removal of a statue. Someone who is not part of our group has made a petition for it, and we do support it, but that was not the reason we were protesting today."*

There was actually an entire Sopranos episode on Columbus - the Italians take this very seriously. The brawl between the Indians and the mob happened at the Newark statue (which is no longer there).

Anyhow - I think I've said enough about racism. The reason I play the race card with you is that I know it bugs you. I'm close with a handful of very successful, powerful men of color - and I know it gets under MY skin when I see how they get treated by ignorant whitefolk who don't know better… and I'd be surprised if you don't face at least a little bit of that in your own life.

For those keeping score, on my personality bingo card I've got:

✅ Crazy
✅ Bald
🟩 Vindictive
❌ Dealing w/ Moral Albiguity
🟩 Difficult
🟩 Unrelenting
🟩 Self-Righteous
❌ Racist
🟩 Generally Decent[1]

1. until I'm not - and then it's all bets are off

### *You say I'm at war with myself…*

Dhryl, we both know that's untrue. This has been a back-and-forth since the middle of last month.

I started it - there is no one disputing that. I messaged you with a link to a new Steve Jobs biography and asked what you thought about the sections covering your collaboration with Steve at NeXT. You responded by calling me a mental patient and saying you had my medical records and you were going to get me committed. I then started the group chat with the Heslops, included AI-generated images of you in handcuffs, and circulated a video of you on Maury Povich denying paternity of Ian's baby.

You hired one or more individuals to phish/hack/attack me beginning on 22 May 2026. You may reach out to dario@rentamac.io to confirm that his service was used on this day to launch a targeted sms and voice-based phishing attack against my iCloud account. I was able to stop that attack before it siphoned any data off my account - but I knew how sensitive you were about the paternity joke and had a feeling you'd be back - so I laid a trap for whomever you sent after me. The attacker would believe they were in a secure network, on my machine, when in reality they were interacting with a completely synthetic, virtualized honeypot environment outside my network perimeter.

What follows is a summary of how you and your Russian friend were baited and caught. If it will make any difference in moving this process forward, I am more than willing to provide a deeper explanation along with the image of the virtual machine and log data streaming off the gateway and the virtual devices themselves.

### *Understanding Honeypot Defense*

Beginning on 24 May, a hired hacker working on behalf of Dhryl Anton began aggressive reconnaissance against Tom's home public IP address, 96.225.39.118. The observed scanning source was a Norway-based host, 185.35.214.12. Subsequent analysis of access logs on that Norway host showed that it was being used as a jump box by an operator originating from St. Petersburg, Russia, IP 79.175.46.177.

The attack was anticipated. Tom had prepared a deception environment before the observed activity began. The purpose of the environment was to contain the attacker, monitor their activity, and capture evidence while preventing access to the real home network.

The architecture consisted of:

After seeing the Threema messages where you threaten the dogs and even speak of bringing a firearm to my apartment, I emailed you directly seeking urgent resolution:

> *I'm willing to sign a settlement/release agreement with you, Katherine, Ian, and his Father with severe penalties should I not hold up my end of the bargain, giving you a very quick avenue to hold my feet to the fire should issues arise.*

I still wish to settle this in an amicable fashion. As I explained to your attorneys who have since disappeared, I am willing to sell the domains and any Onli Corporation profiles in my possession for 4x what you paid the hacker you hired to attack me and release my information.

All of your payments from Coinbase to his wallet addresses are below with the relevant arithmetic:

| Timestamp | Hash | Amount |
|---|---|---|
| 5/26/26 18:22 | f7f6d6cd24ffd469c3d958d648a74b758ab7429f3140741db07f32359e209308 | 0.02 BTC |
| 5/26/26 18:46 | b637dd4b61143a6e403ed7bf17674fd2d30858e5a9c06828c444fe5535461cc4 | 0.02 BTC |
| 5/27/26 17:36 | 18710cbb787110173c7c3c569e5d1b3f8a7fb0c8ce5cb03ed185907650d593f4 | 0.03 BTC |
| 5/29/26 13:05 | b3c0a52afbb440dc5eb023a24e00826d3adb19c33090f563fd385b4a2d360195 | 0.027 BTC |
| | **Total Dhryl Paid to Hired Hacker:** | 0.097 BTC |
| | **Multiplied by Four:** | 0.388 BTC |
| | **In USD:** | $24948 |

I would also like to be paid in bitcoin (same process you went through with your hired help). I have setup a wallet and created an invoice:

| | |
|---|---|
| | **Wallet Destination:**<br>bc1qvqr3c7qsspzlph4y3rjdqxhzfhlql4fjvhukxe<br><br>**Amount:**<br>0.388 |

### *Formalizing the Agreement*

We can formalize a settlement agreement which covers the sale of the domains and profiles or not - that is up to you. I would rather just handle everything over bitcoin and be done with it.

Did your lawyers bow out of this entirely? Or are they still in the mix? Do you want them to handle your side of this?

That's all I have. My Threema ID: https://threema.id/U7AZDWDS. Or you may call me by voice at 201-259-8860. Let's end this.

TG

# EXHIBIT 7

Email thread, subject "Train is Leaving the Station," June 29, 2026 (3:44 a.m.; 12:25 p.m.; 12:51 p.m.; 1:13 p.m.)

Gmail

**Tom Griffin <tom@thegrif.net>**

**🚂 Train is Leaving the Station**

**Tom Griffin** <tom@thegrif.net> Mon, Jun 29, 2026 at 3:44 AM
To: "dhrylanton@gmail.com" <dhrylanton@gmail.com>, "katwebaccount@gmail.com" <katwebaccount@gmail.com>

Doc & Katherine:

I know the brick left on the guy's floor mat was someone you hired - I doubt the neighbor report from tonight is also you, but if it is, know that things are about to graduate to the next level very soon.

In the spirit of trying to *lower the temperature* in to allow for cooler heads to prevail, please know that I have done the following:

- **set all YouTube videos to private** (if I missed one, please let me know)
- **removed Onli platform source code** you had inadvertently published on Github from the Gitlab installation running on dhryl.com.

I spoke with Officer Simon Kiter for about an hour tonight about the situation and his initial read was one of surprise - how quickly things escalated from a few dumb videos to you debating whether to bring firearms to my apartment and then intimidating me by making me feel my dogs are in danger.

And now we're at the intervening stage: working with law enforcement and assisting them in initiating an investigation into all three of you (@Dhryl: if you work to provide evidence of whose Coinbase account you used and from whose account you funded it, we can likely leave Katherine and Ian out of what is coming up next...)

By the end of this week the three of you will also be named in a civil complaint filed in MCSC for:

- Intentional infliction of emotional distress
- Civil extortion / duress / coercion style claim
- Violation of the Computer Fraud and Abuse Act
- Arizona computer tampering / unauthorized access theory
- Intrusion upon seclusion / invasion of privacy
- Trespass to chattels
- Civil conspiracy
- Aiding and abetting
- Intentional Infliction of Emotional Distress

I think a line-by-line reading of the Threema discussion has *punitive damages* written all over it.

I was initially worried that you would dodge being served, but it turns out in Arizona they offer using the Sheriffs in lieu of a privately hired process server. I believe I file copies of the complaint with the court and send them in certified mail to you, and after it is reviewed and accepted they give me the greenlight to service you. It'd be a courtesy to me if you waived service so I don't have to get the Sheriffs mounted up to head over your way, but that's your prerogative. Hell - for all I know you've already fled the Candlewood Compound - and then the joke is really on me.

**I have asked many times to open a dialogue with you where hopefully things could be discussed in a calm and amicable manner.** Thus far that's an offer you've never taken me up on (with the exception of having the NJ defense attorneys call me attempting to resolve the issue by buying $10k of domains). Or you may be advised by counsel to keep your head down and keep quiet - that's fine too. As long as everyone understands that the train is leaving the station.

If your mind ever does change on wanting to speak with me, my Threema information is below. You may also call me at anytime: 201-259-8860.



Gmail

**Tom Griffin <tom@thegrif.net>**

---

**Fwd: 🚂 Train is Leaving the Station**

---

**Tom Griffin** <tom@thegrif.net> Mon, Jun 29, 2026 at 12:25 PM
To: "dhrylanton@gmail.com" <dhrylanton@gmail.com>, "katwebaccount@gmail.com" <katwebaccount@gmail.com>

I'll admit it - I was honestly (hoping?) expecting a thank you - or at least a nod - after I took all of the Onli content down. I was looking for any signal that the ice might be beginning to thaw. What I'm most concerned about is the fact that I know how dark web bounties work. The person only gets paid if they accomplish the goal. I had a team of guys swatting a close friend of mine and their entire family over the twitter username @molly - and I saw firsthand how brutal these guys are.

Those were the days, right? USSS actually has jurisdiction over swatting because they consider it a domestic terrorism incident.

So you two really want to go the distance, am I reading you right? You've backed me into a corner with coming here, intimidating the dogs, having to constantly look over my shoulder when I'm outside, etc...If that was your goal, please consider it met. I don't know what you think you're proving with all of this.

Everyone's inside the blast radius of this thing - your landlords, the Alta folks to establish a pattern of failed business deailings, Mariah and any other employees you've had on the books, etc...You'll be able to delay the civil side of things until criminal is fully adjudicated - but once we're in discovery, the two of you along with your pals will be answering *my* interrogatories, responding to *my* discovery requests (email dumps, phone records, financial transactions, etc...), and making yourself available to *me* for *deposition*.

You know where to find me. This will be the last time I reach out to you.

TG

Gmail

Tom Griffin <tom@thegrif.net>

**Re: 🚂 Train is Leaving the Station**

**Dhryl Anton** <dhrylanton@gmail.com> Mon, Jun 29, 2026 at 12:51 PM
To: Tom Griffin <tom@thegrif.net>
Cc: "katwebaccount@gmail.com" <katwebaccount@gmail.com>

You could have stopped at anytime
You can't
You have 533 criminal offenses and counting, every threat, every email, is another offense and bounties are the most serious, as the detectives point out you incriminate yourself and coincidently provide all the evidence of your crimes

this is out of my hands
If I were you I would I would get an attorney
And stop your criminal activity

Gmail

Tom Griffin <tom@thegrif.net>

**Re: 🚂 Train is Leaving the Station**

**Tom Griffin** <tom@thegrif.net> Mon, Jun 29, 2026 at 1:13 PM
To: Dhryl Anton <dhrylanton@gmail.com>
Cc: "katwebaccount@gmail.com" <katwebaccount@gmail.com>

533?

When did I ever threaten you?

When did I ever create a bounty or reward foir doing anything to you, Katherine, or the baby?

Which detectives? Why haven't they reached out to me? Perhaps you can put us in touch and we can all chat about what's been going on?

I have attorneys - but for this, for you in civil court, I'd go pro se for the sport of it. You used to have attorneys - but they disappeared after that one phone call. I didn't think I was that intimidating...

But to be clear - no thank you, right? No tip of the hat? No offer of peace pipe?

You know, last summer I read a book, The Guns of August. I mentioned it in an earlier email. I wish you and Katherine had read that book It's World War One; there's thirteen million killed; it was all because the militaries of both alliances believed they were so highly attuned to one another's movements and dispositions, they could predict one another's intentions, but all their theories were based on the last war. And the world and technology had changed, and those lessons were no longer valid, but it was all they knew, so the orders went out, couldn't be rescinded. And your man in the field, his family at home, they couldn't even tell you the reasons why their lives were being destroyed.

But why couldn't they stop it? What could they have done?

It's been over one hundred years since. Think of this keeps going - and you respond to this email with more nonsense. Do you remember how this started? It was you threatening to have me committed - remember? You said you had my psych paperwork. Remember? So what did I do? I made the Maury Povich video. And in response you hired someone to phish me in order to take it down. But that didn't work, so you escalated and started working with someone directly. In response to that I press charges against you. You can't face the music, so maybe you hop over the border into Nevada where you'll have to be extradited in order to ever face the accusations. You've got tons of money so you hire lawyers. I have no money so I'm forced to be clever - and you do have me anxious, frightened about whatever else you may have in store for me. Perhaps my evidence isn't as strong as I think it is and you get the criminal complaint dismissed - but burden of proof in civil court is preponderance of the evidence, Dhryl. Look it up.

Preponderance of the evidence. What's that mean? It means more likely than not.

I might not hit the high 'beyond a reasonable doubt' burden of proof nailing you for going on the dark web and hired a hacker to attack me, paid him on Coinbase, sent him a UPS shipping label, and instructed for him to break into my apartment to steal my laptop. But is it more likely that you did it than not? Of course it is. And you will pay through the nose, period. Both of you.

TG

# EXHIBIT 8

Email of Special Agent Matthew Luczak, United States Secret Service, to Thomas Griffin,
Dec. 19, 2020

Gmail

**Tom Griffin <tom@thegrif.net>**

---

**Re: Forensic Analysis & OSINT Exposing US-Based Organized Extortion Scheme**

---

**Matthew Luczak** <m.luczak@secretservice.gov> Sat, Dec 19 2020 at 7:47 PM
To: tom@thegrif.net <tom@thegrif.net>
Cc: Jacob Reider <jacobr@gmail.com>, Mark Grantz <m.grantz@secretservice.gov>, Eddie Colter <e.colter@secretservice.gov>

Hi Tom,

This is extremely impressive work. It's shocking you were able to take this as far as you did with access to only civilian-facing data.

Per our teleconference with Dr. Reider, I have:

- submitted an electronic request for interagency notification to state/ local authorities in NY, MA, VT, and CA regarding 2020 incidents of false 911 calls involving members of the Reider family.

- submitted a similar request that will update E911 systems in NY and CA to provide an alert to 911 operators when deploying assets to Reider family addresses (the addresses in MA and VT are not yet serviced by E911).

- opened an *inquiry* (not necessarily an *investigation*) into the events in question (I'm expecting to be able to rapidly transition to investigation based on the intelligence you have already gathered).

I have included two of my ECTF colleagues on this email chain and provided them with access to the Maltego/Casefile archives you provided earlier today.

ATSAIC Grantz works out of Virginia and SAC Colter out of Washington DC. Assuming an investigation moves forward, these two gentlemen will be responsible for interfacing with state/local/FBI on pursuing charges against these individuals and any other co-conspirators.

I am scheduled to be out of the office until January 4, 2021. A member of my staff will ensure that both the interagency notice and the E911 update get processed early this upcoming week.

Please continue to practice the elevated threat posture we discussed, especially as we move into Christmas and New Years Day. Any further information you are able to passively collect can be provided in updates to the Maltego/Casefile archives when we reconvene next year.

Thank you again for your work. Dr. Reider is lucky to have you in his arsenal. If only USSS had the authority to deputize our citizens :)

Cordially,
Matt

**Matthew Luczak**
Special Agent I Electronic Crimes Task Force (ECTF)
Laurel Field Office - Laurel, MD
United States Secret Service | United States Department of Homeland Security
m.luczak@secretservice.gov | 240-624-3000 x 362

# EXHIBIT 9

dhryl.com records: Unstoppable Domains receipt (May 27, 2026, redacted); YouTube notices of June 3 and June 5, 2026; Cloudflare activation email (June 16, 2026); Cloudflare page-rule entry and complete audit log (98 entries)

Gmail Tom Griffin <tom@thegrif.net>

## Unstoppable Domains Receipt

1 message

**notifications@unstoppabledomains.com** <notifications@unstoppabledomains.com> Wed, May 27, 2026 at 4:14 PM
Reply-To: support@unstoppabledomains.com
To: tom@thegrif.net

unstoppable

Stay secure: setup anti-phishing code in your account settings

### Thank you for your purchase!

**Products Purchased:**

- DNS Domain: [redacted]
- DNS Domain: [redacted]
- DNS Domain: [redacted]
- DNS Domain: [redacted]
- DNS Domain: [redacted]
- DNS Domain: [redacted]
- DNS Domain: [redacted]
- DNS Domain: dhryl.com (1 year) — ~~$10.67~~ $7.67
- DNS Domain: [redacted]
- DNS Domain: [redacted]

**DNS Contact Verification: It may be necessary to verify the accuracy of the provided contact information for your DNS domain. The registrant will receive an email with verification instructions. Contact verification must be confirmed, if prompted, otherwise the domain will cease to function.**

**Auto-Renewal setup: We need a card on file to complete your Auto-Renewal setup. You can access your domains once they have finished minting here then click the Manage button and head to the Auto Renewal tab.**

**Free Matching Domains: We're checking availability and processing the free matching domains (.info and .link). If available, the domains will appear in your dashboard once registration is complete. Note: If a matching domain is already registered by someone else, it cannot be added to your account.**

**Order ID:** 2494630

**Payment Method:** paypal

**Order Amount:** $106.22

**Payment Processing Fee:** $3.18

**Sales Tax:** $0.00

**Credits/Discounts:** -$26.82

**Total:** $79.40

If you have questions, please visit our Help Center.

Thanks,
Unstoppable Domains - The modern registrar built for domainers

$7.67 .com Transfers & Regs · Fast Transfer · Self-Brokerage · Lease-To-Own · Terms of Use · Privacy Policy

Download on the App Store    GET IT ON Google Play



*Redacted by Defendant: nine domain names unrelated to this motion. Prices and totals unchanged.*

Gmail Tom Griffin <tpgriffin@gmail.com>

**Some of your videos have been taken down from YouTube**
1 message

**YouTube** <no-reply@youtube.com> Wed, Jun 3, 2026 at 10:34 PM
Reply-To: YouTube <no-reply@youtube.com>
To: americanvodka-6041@pages.plusgoogle.com

YouTube

Hi The Onli Corporation Video Vault,

We received a copyright removal request for your video. Based on applicable copyright law, we removed your video from YouTube:

**Video title:** ØNLi for FINtech - Fast and Final
**Video url:** https://www.youtube.com/watch?v=ETAOehXPYM8
**Content used:** onli alta
**Content found in:** Entire video
**Removal request issued by:** The Onli Corporation
**Contact info:** Katwebaccount@gmail.com

**Video title:** It's an Enigma: Is Ian Doc's Butler or the VP of Product Development?
**Video url:** https://www.youtube.com/watch?v=J6ktF_NhDaU
**Content used:** onli.one
**Content found in:** Entire video
**Removal request issued by:** The Onli Corporation
**Contact info:** Katwebaccount@gmail.com

**Video title:** AZC Cash Solutions: A Flagship Internal Payment System Called SHITS
**Video url:** https://www.youtube.com/watch?v=JkGGA4L1ROQ
**Content used:** AZ Cash Solutions
**Content found in:** Entire video
**Removal request issued by:** The Onli Corporation
**Contact info:** Katwebaccount@gmail.com

**Video title:** The Onli Marketplace Appliance Live Demo (Live? It Doesn't Exist, Ian)
**Video url:** https://www.youtube.com/watch?v=ORjDUfa0oes
**Content used:** onli.one
**Content found in:** Entire video
**Removal request issued by:** The Onli Corporation
**Contact info:** Katwebaccount@gmail.com

**Video title:** Onli Specie: What a Stablecoin Should Be - But It's NOT Crypto!
**Video url:** https://www.youtube.com/watch?v=hz4tTvYT2Bc
**Content used:** Onli Specie
**Content found in:** Entire video
**Removal request issued by:** The Onli Corporation
**Contact info:** Katwebaccount@gmail.com

**Video title:** The Onli Corporation Video Vault Live Stream
**Video url:** https://www.youtube.com/watch?v=RmTDjHmeqtw
**Content used:** Genome
**Content found in:** Entire video
**Removal request issued by:** The Onli Corporation
**Contact info:** dhrylanton@gmail.com

This means that your video can no longer be viewed on YouTube.

**You received a copyright strike**

You now have **2 copyright strikes**. If you get one more **copyright strike**, we'll have to terminate your channel. To prevent that from happening, please don't upload videos containing copyrighted content that you aren't allowed to use.

VIEW DETAILS

**How we process requests to remove content**

We use a combination of **automated systems and human reviews** to process removal requests.

**What to do next**

- If you believe you're not at fault in one or more of the instances above, you can appeal this removal by submitting a **counter notification**. There may be severe legal consequences for submitting a counter notification with false information.
- You can also contact the claimant that removed your video and ask them to **retract** their removal request.
- **Learn more about your resolution options.**

Thanks,
The YouTube team

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2026 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

Gmail Tom Griffin <tpgriffin@gmail.com>

## Copyright takedown request received for your YouTube video

1 message

**YouTube Copyright** <youtube-disputes+2anq4bwl4dvf307@google.com> Fri, Jun 5, 2026 at 2:43 PM
Reply-To: YouTube Copyright <youtube-disputes+2anq4bwl4dvf307@google.com>
To: tpgriffin@gmail.com

Hello,

We received a copyright takedown request for your video(s):

https://youtube.com/watch?v=ETAOehXPYM8

https://youtube.com/watch?v=ORjDUfa0oes

https://youtube.com/watch?v=J6ktF_NhDaU

https://youtube.com/watch?v=JkGGA4L1ROQ

https://youtube.com/watch?v=hz4tTvYT2Bc

However, the takedown request is missing some legally-required information, so we asked the claimant to provide this information in order to complete their request.

Pending the claimant's response to our email, we have reinstated your video(s) and resolved the associated copyright strike.

Keep in mind that if the claimant responds with the information needed to complete their takedown request, we may be required to remove your video(s). If this happens, we will notify you. You can request a copy of the claimant's response by replying to this email or emailing copyright@youtube.com.

Below is a record of the takedown request we received for your video(s) and our response to the claimant. Note that the claimant's physical address and phone number have been redacted.

{COPY OF FULL TAKEDOWN REQUEST THREAD}

## Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): The Onli Corporation
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michaela Anton
- Your Title or Job Position (What is your authority to make this complaint?): COO of the Company
- Username: Michaela Parker
- Email Address: Katwebaccount@gmail.com

- Secondary Email Address: kat@theonlicorporation.com

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=-40vdNYUGsc
- Describe the work allegedly infringed: My company, organization or client's software
  - Title of software: onli ai
  - Type of software: Creation or enterprise software
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=ETAOehXPYM8
- Describe the work allegedly infringed: My company, organization or client's software
  - Title of software: onli alta
  - Type of software: Creation or enterprise software
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=J6ktF_NhDaU
- Describe the work allegedly infringed: My company, organization or client's software
  - Title of software: onli.one
  - Type of software: Creation or enterprise software
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=JkGGA4L1ROQ
- Describe the work allegedly infringed: My company, organization or client's software
  - Title of software: AZ Cash Solutions
  - Type of software: Creation or enterprise software
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=ORjDUfa0oes
- Describe the work allegedly infringed: My company, organization or client's software
  - Title of software: onli.one
  - Type of software: Creation or enterprise software
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=abUZtUZQdi4
- Describe the work allegedly infringed: My company, organization or client's software
  - Title of software: onli
  - Type of software: Creation or enterprise software
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=hz4tTvYT2Bc
- Describe the work allegedly infringed: My company, organization or client's software
  - Title of software: Onli Specie
  - Type of software: Creation or enterprise software
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=rrmY9YcihWw
- Describe the work allegedly infringed: My company, organization or client's software
  - Title of software: Onli.one
  - Type of software: Creation or enterprise software
  - Where does the content appear? Links to allegedly infringing downloads

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=sQs-p1l4hNg
- Describe the work allegedly infringed: My company, organization or client's software
  - Title of software: onli.symplr
  - Type of software: Creation or enterprise software
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=zri2gvFJ0Ew
- Describe the work allegedly infringed: My company, organization or client's software
  - Title of software: onli symplr
  - Type of software: Creation or enterprise software
  - Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michaela Anton

- The YouTube Team

Hi Michaela Parker,

Thank you for your removal request.

We've removed some of the videos in your notification. However, we need some more information from you before we can proceed with removing the remaining video(s). Please read the entire email carefully for a complete update of each video's status.

Add video detailsAction needed

Your identification of the specific copyrighted work at issue is unclear. To identify the specific work allegedly infringed, answering some or all of the following questions will be helpful:

- Required:
  - What is the title of your copyrighted work? If your work is untitled, give a description of the contents in the work.
  - What type of copyrighted work is it?
- Encouraged:
  - When was it authored?
  - By whom was it authored?
  - If portions of your work appear in this video, what are the specific timestamps in which this occurs?

Videos in question:

https://www.youtube.com/watch?v=-40vdNYUGsc

Software (Enterprise software)

Title of Software: onli ai

Content found in: Entire video

https://www.youtube.com/watch?v=abUZtUZQdi4

Software (Enterprise software)

Title of Software: onli

Content found in: Entire video

https://www.youtube.com/watch?v=rrmY9YcihWw

Software (Enterprise software)

Title of Software: Onli.one

Content found in: Links to allegedly infringing downloads

https://www.youtube.com/watch?v=sQs-p1l4hNg

Software (Enterprise software)

Title of Software: onli.symplr

Content found in: Entire video

https://www.youtube.com/watch?v=zri2gvFJ0Ew

Software (Enterprise software)

Title of Software: onli symplr

Content found in: Entire video

Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=ETAOehXPYM8

https://www.youtube.com/watch?v=J6ktF_NhDaU

https://www.youtube.com/watch?v=JkGGA4L1ROQ

https://www.youtube.com/watch?v=ORjDUfa0oes

https://www.youtube.com/watch?v=hz4tTvYT2Bc

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): The Onli Corporation
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michaela Anton
- Your Title or Job Position (What is your authority to make this complaint?): COO of the Company
-
- Username: Michaela Parker
- Email Address: Katwebaccount@gmail.com
- Secondary Email Address: kat@theonlicorporation.com
-

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=-40vdNYUGsc
- Describe the work allegedly infringed: My company, organization or client's software
  - Title of software: onli ai
  - Type of software: Creation or enterprise software
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=ETAOehXPYM8
- Describe the work allegedly infringed: My company, organization or client's software
  - Title of software: onli alta
  - Type of software: Creation or enterprise software
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=J6ktF_NhDaU
- Describe the work allegedly infringed: My company, organization or client's software
  - Title of software: onli.one
  - Type of software: Creation or enterprise software
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=JkGGA4L1ROQ
- Describe the work allegedly infringed: My company, organization or client's software
  - Title of software: AZ Cash Solutions
  - Type of software: Creation or enterprise software
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=ORjDUfa0oes
- Describe the work allegedly infringed: My company, organization or client's software
  - Title of software: onli.one
  - Type of software: Creation or enterprise software
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=abUZtUZQdi4
- Describe the work allegedly infringed: My company, organization or client's software
  - Title of software: onli
  - Type of software: Creation or enterprise software
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=hz4tTvYT2Bc
- Describe the work allegedly infringed: My company, organization or client's software
  - Title of software: Onli Specie
  - Type of software: Creation or enterprise software
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=rrmY9YcihWw
- Describe the work allegedly infringed: My company, organization or client's software
  - Title of software: Onli.one
  - Type of software: Creation or enterprise software
  - Where does the content appear? Links to allegedly infringing downloads

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=sQs-p1l4hNg
- Describe the work allegedly infringed: My company, organization or client's software
  - Title of software: onli.symplr
  - Type of software: Creation or enterprise software
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=zri2gvFJ0Ew
- Describe the work allegedly infringed: My company, organization or client's software
  - Title of software: onli symplr
  - Type of software: Creation or enterprise software
  - Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michaela Anton

Theses videos have been around from at least three years and have been scraped from onli.ai

To YouTube Trust & Safety Team:

I am submitting this complaint on behalf of The Onli Corporation regarding a YouTube channel that is falsely representing itself as being affiliated with, authorized by, or acting on behalf of The Onli Corporation.

The channel in question is not affiliated with The Onli Corporation in any capacity and is not authorized to speak for, represent, publish content on behalf of, or otherwise act as an agent of our company.

The Onli Corporation is a technology company with established intellectual property rights, including registered trademarks and issued patents. Information regarding our company may be verified through the following official resources:

Official Company Websites:

- onli.one
- theonlicorporation.com

Patent Portfolio:

- https://patents.justia.com/assignee/the-onli-corporation

Trademark Portfolio:

- https://trademarks.justia.com/owners/the-onli-corporation-4718114/

For the avoidance of doubt, there are only two individuals authorized to publicly represent The Onli Corporation and publish official company content:

• Dhryl Anton
• Michaela Katherine Anton

Any individual, channel, account, or third party claiming to represent The Onli Corporation without written authorization is doing so without permission and is creating confusion regarding the source, sponsorship, affiliation, and authenticity of the content being published.

The unauthorized use of our company name, trademarks, branding, intellectual property, business information, or likeness constitutes a misrepresentation of our organization and may mislead customers, investors, business partners, and members of the public.

We respectfully request that YouTube investigate this channel for impersonation, trademark infringement, brand misuse, and any related violations of YouTube's Terms of Service and Community Guidelines. We further request removal of any content or channels falsely claiming affiliation with The Onli Corporation and any representations that suggest the channel is an official source of company information.

I declare under penalty of perjury that the information contained in this complaint is true and correct and that I am authorized to act on behalf of The Onli Corporation.

Sincerely,

Michaela Anton

Hello,

The content has been reinstated because the information we received from you was incomplete.

Your identification of the specific copyrighted work at issue is unclear. To identify the specific work allegedly infringed, answering some or all of the following questions will be helpful:

- Required:
  - What is the title of your copyrighted work? If your work is untitled, provide a description of the contents in the work.
  - What type of copyrighted work is it?
- Encouraged:
  - When was it authored?
  - By whom was it authored?
  - If portions of your work appear in this video, what are the specific timestamps in which this occurs?

Sincerely,
The YouTube Team

Sincerely,
The YouTube Team

Gmail Tom Griffin <tom@thegrif.net>

**dhryl.com is now active on Cloudflare (Free plan)**
1 message

**Cloudflare** <noreply@notify.cloudflare.com> Tue, Jun 16, 2026 at 9:38 PM
To: tom@thegrif.net

CLOUDFLARE

## Cloudflare's network is now boosting dhryl.com's speed and security

View domain analytics

### Build faster with Cloudflare Workers

Quickly modify dhryl.com's requests and responses with HTTP routes, easily store application data in the Cloudflare network, and more.

**Explore Workers**

### Improve performance even more

Explore how Cloudflare can speed up dhryl.com with image, content, and protocol optimizations.

**See speed recommendations**

### Take security to the next level

Discover additional ways that Cloudflare can improve dhryl.com's security, including blocking AI bots from your site, securing your API endpoints, and more.

**See security recommendations**

### Nameserver details (for reference)

The current Cloudflare nameservers for dhryl.com:

- dell.ns.cloudflare.com
- ernest.ns.cloudflare.com

Previous nameservers: ns1.unstoppabledomains.com ns2.unstoppabledomains.com

### Additional resources

- Cloudflare Fundamentals
- Documentation
- How to minimize downtime
- What's included in your plan

Copyright © 2026 Cloudflare, Inc.
101 Townsend Street, San Francisco, CA 94107

www.cloudflare.com | Community

**Cloudflare audit log entry — page rule created · dhryl.com/on-the-run**

entry 40118acb-b951-497c-b0f8-67a2d4bb61a0 · 2026-06-17T02:07:26Z · pretty-printed · JetBrains Mono


```json
{
  "action": {
    "result": true,
    "type": "create"
  },
  "actor": {
    "email": "tom@thegrif.net",
    "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
    "ip": "96.225.39.118",
    "type": "user"
  },
  "id": "40118acb-b951-497c-b0f8-67a2d4bb61a0",
  "interface": "UI",
  "metadata": {
    "pr_behavior": {
      "forward_status_code": 301,
      "forward_url": "https://www.youtube.com/playlist?list=PLGy_pxFpGg5g"
    },
    "pr_match": "dhryl.com/on-the-run",
    "pr_priority": 1,
    "pr_status": "active",
    "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
    "zone_name": "dhryl.com"
  },
  "newValue": "",
  "newValueJson": {},
  "oldValue": "",
  "oldValueJson": {},
  "owner": {
    "id": "c55b43a9c61d0ff0145830a4ec9b631f"
  },
  "resource": {
    "id": "11e39178a3c6428cb61852bb9b77b68c",
    "type": "pagerule"
  },
  "when": "2026-06-17T02:07:26Z"
}
```

**audit_log.json — Cloudflare audit log · zone dhryl.com**

account griffin (c55b43a9c61d0ff0145830a4ec9b631f) · retrieved 2026-07-27 · 98 entries · 4,203 lines · pretty-printed · JetBrains Mono


```json
{
  "source": "Cloudflare audit log, account griffin (c55b43a9c61d0ff0145830a4ec9b631f)",
  "filter": "zone dhryl.com only",
  "retrieved_utc": "2026-07-27",
  "count": 98,
  "entries": [
    {
      "action": {
        "result": true,
        "type": "add"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "34eb7bfb-3c4a-5925-a970-9f7cff5817bd",
      "interface": "UI",
      "metadata": {
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {},
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f",
        "type": "account"
      },
      "when": "2026-06-17T01:36:43Z"
    },
    {
      "action": {
        "result": true,
        "type": "change_setting"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "5e295d9a-4080-51ce-a1c2-56dc29f21fa1",
      "interface": "UI",
      "metadata": {
        "name": "IPv6",
        "type": "network",
        "value": true,
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {},
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "type": "zone"
      },
      "when": "2026-06-17T01:36:43Z"
    },
    {
      "action": {
        "result": true,
        "type": "rulesets_create"
      },
      "actor": {
        "email": "Bot Management API",
        "id": "1",
        "type": "system"
      },
      "id": "a7e2f3bc-5540-4f6e-88cc-0baffc7bbfd5",
      "interface": "",
      "metadata": {
        "cf-ray": "a0ce53356a270b82-SJC",
        "id": "111c4188a2534f1689b343aa905a1fd0",
        "kind": "zone",
        "phase": "http_request_sbfm",
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "description": "",
        "id": "111c4188a2534f1689b343aa905a1fd0",
        "kind": "zone",
        "last_updated": "2026-06-17T01:36:44.422585Z",
        "name": "zone",
        "phase": "http_request_sbfm",
        "rules": [
          {
            "action": "execute",
            "action_parameters": {
              "id": "3e677e63d4e9479382576f3fa66279e7",
              "overrides": {
                "rules": [
                  {
                    "enabled": true,
                    "id": "7bd01eeccb6b420fa0be30264603a5cb"
                  }
                ]
              },
              "version": "latest"
            },
```

```
            "enabled": true,
            "expression": "true",
            "id": "0553454c43f540fa810f9dc817afc181",
            "last_updated": "2026-06-17T01:36:44.422585Z",
            "ref": "0553454c43f540fa810f9dc817afc181",
            "version": "1"
          }
        ],
        "source": "firewall_managed",
        "version": "1"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "111c4188a2534f1689b343aa905a1fd0",
        "type": "rulesets"
      },
      "when": "2026-06-17T01:36:44.441232Z"
    },
    {
      "action": {
        "result": true,
        "type": "tls_settings_deployed"
      },
      "actor": {
        "id": "1",
        "type": "system"
      },
      "id": "da81540f-72c1-4f4e-bcc6-50c8ce58a368",
      "interface": "",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "ciphers": "",
        "dispatcher": "",
        "early_hints": "Default",
        "http_2": "Enabled",
        "min_tls_version": "TLSv1.0",
        "quic": "Default",
        "session_tickets": "Enabled",
        "tls_13": "Default",
        "zero_rtt": "Default"
      },
      "oldValue": "",
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "type": "zone"
      },
      "when": "2026-06-17T01:36:45.228772Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "fed61113-02bd-48a4-8588-160444a1b782",
      "interface": "UI",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "34.42.100.71",
        "data": {},
        "id": "ae53e1e1bef2eb5fb8bbb7b5f1785474",
        "name": "www.dhryl.com",
        "proxied": true,
        "settings": {},
        "ttl": 1,
        "type": "A",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "ae53e1e1bef2eb5fb8bbb7b5f1785474",
        "type": "dns.record"
      },
      "when": "2026-06-17T01:36:46.120358Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "a0b92c6b-e1a5-4c9e-929c-3a9dc0137786",
      "interface": "UI",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "34.42.100.71",
        "data": {},
```

```
        "id": "66da839a28f84cac2f1df32add4ae635",
        "name": "dhryl.com",
        "proxied": true,
        "settings": {},
        "ttl": 1,
        "type": "A",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "66da839a28f84cac2f1df32add4ae635",
        "type": "dns.record"
      },
      "when": "2026-06-17T01:36:46.131658Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "058fc268-0ab5-4a13-9c58-8eed5a4ac8cb",
      "interface": "UI",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"MJA0_e8AQECDLx3-wGNwiJ8czP_712pnZ1Ab8mENtVg\"",
        "data": {},
        "id": "6b928ebd54b376730c9f55095f664215",
        "name": "_acme-challenge.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 1,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "6b928ebd54b376730c9f55095f664215",
        "type": "dns.record"
      },
      "when": "2026-06-17T01:36:46.140076Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "14ee74e0-72e5-4c64-9bc4-fd6eda1bca73",
      "interface": "UI",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"cTnouv7IN9hLqcS5MjNWPA6lGwRoyUdEwKjziHYFlGI\"",
        "data": {},
        "id": "d6d9d709a7a28947cfa6555f193c0fdf",
        "name": "_acme-challenge.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 1,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "d6d9d709a7a28947cfa6555f193c0fdf",
        "type": "dns.record"
      },
      "when": "2026-06-17T01:36:46.148292Z"
    },
    {
      "action": {
        "result": true,
        "type": "pending"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "2cb54ff2-1d0d-5f90-9d37-2d944291891d",
      "interface": "UI",
      "metadata": {
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "newValue": "",
```

```
    "newValueJson": {},
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f",
      "type": "account"
    },
    "when": "2026-06-17T01:36:53Z"
  },
  {
    "action": {
      "result": true,
      "type": "change_setting"
    },
    "actor": {
      "email": "tom@thegrif.net",
      "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
      "ip": "172.18.30.26",
      "type": "user"
    },
    "id": "55991fd8-ba1f-502e-ba87-22204f372d1b",
    "interface": "",
    "metadata": {
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
      "zone_name": "dhryl.com"
    },
    "newValue": "",
    "newValueJson": {},
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "491255a0bd07ea343db45da7bd1bebf4",
      "type": "rule"
    },
    "when": "2026-06-17T01:36:55Z"
  },
  {
    "action": {
      "info": "Certificate pack created",
      "result": true,
      "type": "created"
    },
    "actor": {
      "id": "1",
      "type": "system"
    },
    "id": "87a12f53-0845-4ac0-8fbe-a25fe86f9c2d",
    "interface": "",
    "metadata": {
      "zone_name": "dhryl.com",
      "zone_tag": "7e623def6f8aca5e6bb37b6d65936e0b"
    },
    "newValue": "",
    "newValueJson": {
      "authority": "google",
      "brand_id": null,
      "bundle_method": "",
      "dedicated_ips": false,
      "id": "c8182a76-5b0c-4788-85ed-6bb672812fa0",
      "modified_on": "0001-01-01T00:00:00Z",
      "priority": 0,
      "qs_mode": 0,
      "qs_mode_changed_at": null,
      "qs_mode_desired": null,
      "sans": [
        "dhryl.com",
        "*.dhryl.com"
      ],
      "status": "initializing",
      "type": "universal",
      "validation_method": "txt",
      "validation_type": "dv",
      "validity_days": 90,
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b"
    },
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "c8182a76-5b0c-4788-85ed-6bb672812fa0",
      "type": "certificate_pack"
    },
    "when": "2026-06-17T01:37:54.487493Z"
  },
  {
    "action": {
      "result": true,
      "type": "nameservers_confirmed"
    },
    "actor": {
      "email": "tom@thegrif.net",
      "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
      "type": "user"
    },
    "id": "234c9751-70c1-5ce8-b5f4-45ffe8f9d270",
    "interface": "",
    "metadata": {
      "zone_name": "dhryl.com"
    },
    "newValue": "",
    "newValueJson": {},
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "7e623def6f8aca5e6bb37b6d65936e0b",
      "type": "zone"
    },
```

```
      "when": "2026-06-17T01:37:54Z"
    },
    {
      "action": {
        "result": true,
        "type": "update"
      },
      "actor": {
        "type": "system"
      },
      "id": "efb23a27-8968-483d-bbf3-63bc2f46f9c3",
      "interface": "Cloudflare System",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {},
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "ssl_detector.1176660856.auto_mode_enabled.true",
        "type": "zone.settings"
      },
      "when": "2026-06-17T01:37:57.029934Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "id": "1",
        "type": "system"
      },
      "id": "e7581dde-1422-46ad-94c1-95237ffd13fc",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"zAKZTguf-qsQxFTiD78gQWJ6v2MWOAFndq2pkZ9qHyw\"",
        "data": {},
        "id": "ff319977043fd731a122288703b06a65",
        "name": "_acme-challenge.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 1,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "ff319977043fd731a122288703b06a65",
        "type": "dns.record"
      },
      "when": "2026-06-17T01:37:57.171935Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "id": "1",
        "type": "system"
      },
      "id": "73186d6c-c53d-45e1-82da-1df96a0a8dde",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"5vpfA90GrsYrzR4nAjimAc_cDx9DI-tU-PZbBv_gkdA\"",
        "data": {},
        "id": "2b0eda23d9ef12c9861ff83bb5f4aff4",
        "name": "_acme-challenge.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 1,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "2b0eda23d9ef12c9861ff83bb5f4aff4",
        "type": "dns.record"
      },
      "when": "2026-06-17T01:37:57.194015Z"
    },
    {
      "action": {
        "info": "Certificate pack created",
        "result": true,
        "type": "created"
      },
      "actor": {
        "id": "1",
        "type": "system"
      },
      "id": "c44a42e7-1172-4399-b24e-ade0651a56ad",
      "interface": "",
      "metadata": {
        "zone_name": "dhryl.com",
```

```
        "zone_tag": "7e623def6f8aca5e6bb37b6d65936e0b"
      },
      "newValue": "",
      "newValueJson": {
        "authority": "google",
        "brand_id": null,
        "bundle_method": "ubiquitous",
        "dedicated_ips": false,
        "id": "c8182a76-5b0c-4788-85ed-6bb672812fa0",
        "modified_on": "2026-06-17T01:37:54.479548Z",
        "priority": 0,
        "qs_mode": 0,
        "qs_mode_changed_at": null,
        "qs_mode_desired": null,
        "sans": [
          "dhryl.com",
          "*.dhryl.com"
        ],
        "status": "pending_validation",
        "type": "universal",
        "validation_method": "txt",
        "validation_type": "dv",
        "validity_days": 90,
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "c8182a76-5b0c-4788-85ed-6bb672812fa0",
        "type": "certificate_pack"
      },
      "when": "2026-06-17T01:37:57.215884Z"
    },
    {
      "action": {
        "result": true,
        "type": "update"
      },
      "actor": {
        "type": "system"
      },
      "id": "aae3efc2-0f97-478f-9698-1304f055e6c5",
      "interface": "Cloudflare System",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {},
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "ssl_detector.1176660856.auto_kex_enabled.true",
        "type": "zone.settings"
      },
      "when": "2026-06-17T01:37:57.368519Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "id": "1",
        "type": "system"
      },
      "id": "f7dde60a-535c-462e-a2b5-466463ece400",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"5JTKyMBE7IHQtwreMbJxnPhJ2mXrNUIn0Wt8IdWxJj8\"",
        "data": {},
        "id": "27f2ec4e973033708b6876a6788998b4",
        "name": "_acme-challenge.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 1,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "27f2ec4e973033708b6876a6788998b4",
        "type": "dns.record"
      },
      "when": "2026-06-17T01:37:58.545162Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "id": "1",
        "type": "system"
      },
      "id": "1653694e-9faa-435d-ad44-d985d837d33a",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"_j3z0qHWWN4-5WvNfmBErGz8WxxTs385XGhElEZZnU4\"",
        "data": {},
```

```
          "id": "dfaa2e38033150390e7de027f9bd6e66",
          "name": "_acme-challenge.dhryl.com",
          "proxied": false,
          "settings": {},
          "ttl": 1,
          "type": "TXT",
          "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
          "zone_name": "dhryl.com"
        },
        "oldValue": "",
        "oldValueJson": {},
        "owner": {
          "id": "c55b43a9c61d0ff0145830a4ec9b631f"
        },
        "resource": {
          "id": "dfaa2e38033150390e7de027f9bd6e66",
          "type": "dns.record"
        },
        "when": "2026-06-17T01:37:58.57115Z"
      },
      {
        "action": {
          "info": "Certificate pack created",
          "result": true,
          "type": "created"
        },
        "actor": {
          "id": "1",
          "type": "system"
        },
        "id": "f4ad4db5-d788-4e26-b9bf-7440c57df982",
        "interface": "",
        "metadata": {
          "zone_name": "dhryl.com",
          "zone_tag": "7e623def6f8aca5e6bb37b6d65936e0b"
        },
        "newValue": "",
        "newValueJson": {
          "authority": "ssl_com_account_102",
          "backup": true,
          "brand_id": null,
          "bundle_method": "ubiquitous",
          "dedicated_ips": false,
          "id": "c31814bc-d732-47ac-97ca-3fb44f109075",
          "modified_on": "2026-06-17T01:37:56.270818Z",
          "priority": 0,
          "qs_mode": 0,
          "qs_mode_changed_at": null,
          "qs_mode_desired": null,
          "sans": [
            "dhryl.com",
            "*.dhryl.com"
          ],
          "status": "pending_validation",
          "type": "universal",
          "validation_method": "txt",
          "validation_type": "dv",
          "validity_days": 90,
          "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b"
        },
        "oldValue": "",
        "oldValueJson": {},
        "owner": {
          "id": "c55b43a9c61d0ff0145830a4ec9b631f"
        },
        "resource": {
          "id": "c31814bc-d732-47ac-97ca-3fb44f109075",
          "type": "certificate_pack"
        },
        "when": "2026-06-17T01:37:58.592005Z"
      },
      {
        "action": {
          "result": true,
          "type": "create"
        },
        "actor": {
          "id": "1",
          "type": "system"
        },
        "id": "1b835729-8d52-48b3-aa2d-9d817b2d3d09",
        "interface": "API",
        "metadata": {
          "zone_name": "dhryl.com"
        },
        "newValue": "",
        "newValueJson": {
          "content": "route1.mx.cloudflare.net",
          "data": {},
          "id": "15b4459bfd3e214cbc43a9790927dc0f",
          "name": "dhryl.com",
          "priority": 78,
          "proxied": false,
          "settings": {},
          "ttl": 1,
          "type": "MX",
          "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
          "zone_name": "dhryl.com"
        },
        "oldValue": "",
        "oldValueJson": {},
        "owner": {
          "id": "c55b43a9c61d0ff0145830a4ec9b631f"
        },
        "resource": {
          "id": "15b4459bfd3e214cbc43a9790927dc0f",
          "type": "dns.record"
        },
        "when": "2026-06-17T01:39:15.961448Z"
      },
      {
        "action": {
          "result": true,
          "type": "create"
        },
        "actor": {
          "id": "1",
          "type": "system"
```

```
    },
    "id": "0ad1a53f-c804-47cf-9232-2254ac2e0d08",
    "interface": "API",
    "metadata": {
      "zone_name": "dhryl.com"
    },
    "newValue": "",
    "newValueJson": {
      "content": "route2.mx.cloudflare.net",
      "data": {},
      "id": "f2ae28fa2e9c1694243fc98faed52b76",
      "name": "dhryl.com",
      "priority": 18,
      "proxied": false,
      "settings": {},
      "ttl": 1,
      "type": "MX",
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
      "zone_name": "dhryl.com"
    },
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "f2ae28fa2e9c1694243fc98faed52b76",
      "type": "dns.record"
    },
    "when": "2026-06-17T01:39:15.969362Z"
  },
  {
    "action": {
      "result": true,
      "type": "create"
    },
    "actor": {
      "id": "1",
      "type": "system"
    },
    "id": "c32d6892-e006-4ad8-a21e-9c6d058cee92",
    "interface": "API",
    "metadata": {
      "zone_name": "dhryl.com"
    },
    "newValue": "",
    "newValueJson": {
      "content": "route3.mx.cloudflare.net",
      "data": {},
      "id": "7e3c6ea21e929dbb539d47dab8ee6890",
      "name": "dhryl.com",
      "priority": 10,
      "proxied": false,
      "settings": {},
      "ttl": 1,
      "type": "MX",
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
      "zone_name": "dhryl.com"
    },
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "7e3c6ea21e929dbb539d47dab8ee6890",
      "type": "dns.record"
    },
    "when": "2026-06-17T01:39:15.980511Z"
  },
  {
    "action": {
      "result": true,
      "type": "create"
    },
    "actor": {
      "id": "1",
      "type": "system"
    },
    "id": "0a22ce53-c34d-4566-a37f-3743592653f6",
    "interface": "API",
    "metadata": {
      "zone_name": "dhryl.com"
    },
    "newValue": "",
    "newValueJson": {
      "content": "\"v=spf1 include:_spf.mx.cloudflare.net ~all\"",
      "data": {},
      "id": "b13128b042cdbb9f937ba165bfc2528e",
      "name": "dhryl.com",
      "proxied": false,
      "settings": {},
      "ttl": 1,
      "type": "TXT",
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
      "zone_name": "dhryl.com"
    },
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "b13128b042cdbb9f937ba165bfc2528e",
      "type": "dns.record"
    },
    "when": "2026-06-17T01:39:15.99101Z"
  },
  {
    "action": {
      "result": true,
      "type": "create"
    },
    "actor": {
      "id": "1",
      "type": "system"
    },
    "id": "eac81af6-5f48-4ad6-b380-766e91e5667c",
```

```
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"v=DKIM1; h=sha256; k=rsa;
p=MIIBIjANBgkqhkiG9w0BAQEFAAOCAQ8AMIIBCgKCAQEAiweykoi+o48IOGuP7GR3X0MOExCUDY/BCRHoWBnh3rChl7WhdyCxW3jgq1daEjPPqoi7sJvdg5hEQVsgVRQP4DcnQDVjGMbASQtrY4WmB1VebF+RPJB2ECPsEDTpeiI5ZyUAwJaVX7r6bznU67g7L
vFq35yIo4sdlmtZGV+i0H4cpYH9+3JJ78k\"
\"m4KXwaf9xUJCWF6nxeD+qG6Fyruw1Qlbds2r85U9dkNDVAS3gioCvELryh1TxKGiVTkg4wqHTyHfWsp7KD3WQHYJn0RyfJJu6YEmL77zonn7p2SRMvTMP3ZEXibnC9gz3nnhR6wcYL8Q7zXypKTMD58bTixDSJwIDAQAB\"",
        "data": {},
        "id": "7274fe2facea24ffeeb30440063ef807",
        "name": "cf2024-1._domainkey.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 1,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "7274fe2facea24ffeeb30440063ef807",
        "type": "dns.record"
      },
      "when": "2026-06-17T01:39:16.004614Z"
    },
    {
      "action": {
        "info": "Create custom address",
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "1",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "02ee0c54-915d-5002-a983-c4c900c397f4",
      "interface": "UI",
      "metadata": {},
      "newValue": "",
      "newValueJson": {
        "actions": "[{\"type\":\"forward\",\"value\":[\"tom@thegrif.net\"]}]",
        "enabled": true,
        "matchers": "[{\"type\":\"literal\",\"field\":\"to\",\"value\":\"doc@dhryl.com\"}]",
        "tag": "0092d90ad9e14defb3275b63a5e39565"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "0092d90ad9e14defb3275b63a5e39565",
        "type": "email_routing.rule"
      },
      "when": "2026-06-17T01:39:38.849483Z"
    },
    {
      "action": {
        "result": true,
        "type": "delete"
      },
      "actor": {
        "id": "1",
        "type": "system"
      },
      "id": "28ddefe3-eae3-4cde-9cb9-e7c9bbe953e4",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"zAKZTguf-qsQxFTiD78gQWJ6v2MWOAFndq2pkZ9qHyw\"",
        "data": {},
        "id": "ff319977043fd731a122288703b06a65",
        "name": "_acme-challenge.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 1,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "ff319977043fd731a122288703b06a65",
        "type": "dns.record"
      },
      "when": "2026-06-17T01:43:02.570848Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "id": "1",
        "type": "system"
      },
      "id": "43c50b33-0c0d-4e59-943e-fbb1c11d6508",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
```

```
        "content": "\"zAKZTguf-qsQxFTiD78gQWJ6v2MWOAFndq2pkZ9qHyw\"",
        "data": {},
        "id": "52ed66d523d0c31c2a55fe1c119ebe0c",
        "name": "_acme-challenge.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 1,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "52ed66d523d0c31c2a55fe1c119ebe0c",
        "type": "dns.record"
      },
      "when": "2026-06-17T01:43:02.594915Z"
    },
    {
      "action": {
        "result": true,
        "type": "delete"
      },
      "actor": {
        "id": "1",
        "type": "system"
      },
      "id": "5f3983c4-f0d4-4d31-bbbb-ef9a9d598c1c",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"zAKZTguf-qsQxFTiD78gQWJ6v2MWOAFndq2pkZ9qHyw\"",
        "data": {},
        "id": "52ed66d523d0c31c2a55fe1c119ebe0c",
        "name": "_acme-challenge.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 1,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "52ed66d523d0c31c2a55fe1c119ebe0c",
        "type": "dns.record"
      },
      "when": "2026-06-17T01:43:02.630122Z"
    },
    {
      "action": {
        "result": true,
        "type": "delete"
      },
      "actor": {
        "id": "1",
        "type": "system"
      },
      "id": "71bc2283-14d5-4e4c-a820-007e46fd4c16",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"5vpfA90GrsYrzR4nAjimAc_cDx9DI-tU-PZbBv_gkdA\"",
        "data": {},
        "id": "2b0eda23d9ef12c9861ff83bb5f4aff4",
        "name": "_acme-challenge.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 1,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "2b0eda23d9ef12c9861ff83bb5f4aff4",
        "type": "dns.record"
      },
      "when": "2026-06-17T01:43:02.646597Z"
    },
    {
      "action": {
        "info": "Certificates ordered from the Certificate Authority",
        "result": true,
        "type": "ordered"
      },
      "actor": {
        "id": "1",
        "type": "system"
      },
      "id": "b787206d-fad8-4bba-ab61-184778bbb8fe",
      "interface": "",
      "metadata": {
        "zone_name": "dhryl.com",
        "zone_tag": "7e623def6f8aca5e6bb37b6d65936e0b"
      },
      "newValue": "",
      "newValueJson": {
        "authority": "google",
        "brand_id": null,
```

```
          "bundle_method": "ubiquitous",
          "certificates": [
            {
              "expires_on": "2026-09-15T01:37:56Z",
              "fingerprint_sha256": "b4227e7ee423a6c0d9331a7ab86c62ebfc21de20b80b2341c9a7cf998eb28092",
              "id": "8ec0b05b-9651-4d94-bb5a-aa0c9a9f71dd",
              "issued_on": "2026-06-17T00:42:56Z",
              "issuer": "GoogleTrustServices",
              "serial_number": "640026636347697546196887010356037847 48",
              "signature": "ECDSAWithSHA256"
            }
          ],
          "dedicated_ips": false,
          "hosts": [
            "dhryl.com",
            "*.dhryl.com"
          ],
          "id": "c8182a76-5b0c-4788-85ed-6bb672812fa0",
          "modified_on": "2026-06-17T01:41:41.187316Z",
          "priority": 0,
          "qs_mode": 0,
          "qs_mode_changed_at": null,
          "qs_mode_desired": null,
          "sans": [
            "dhryl.com",
            "*.dhryl.com"
          ],
          "status": "pending_deployment",
          "type": "universal",
          "validation_method": "txt",
          "validation_type": "dv",
          "validity_days": 90,
          "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b"
        },
        "oldValue": "",
        "oldValueJson": {
          "authority": "google",
          "brand_id": null,
          "bundle_method": "ubiquitous",
          "certificates": [
            {
              "expires_on": "2026-09-15T01:37:56Z",
              "fingerprint_sha256": "b4227e7ee423a6c0d9331a7ab86c62ebfc21de20b80b2341c9a7cf998eb28092",
              "id": "8ec0b05b-9651-4d94-bb5a-aa0c9a9f71dd",
              "issued_on": "2026-06-17T00:42:56Z",
              "issuer": "GoogleTrustServices",
              "serial_number": "64002663634769754619688701035603784748",
              "signature": "ECDSAWithSHA256"
            }
          ],
          "dedicated_ips": false,
          "hosts": [
            "dhryl.com",
            "*.dhryl.com"
          ],
          "id": "c8182a76-5b0c-4788-85ed-6bb672812fa0",
          "modified_on": "2026-06-17T01:41:41.187316Z",
          "priority": 0,
          "qs_mode": 0,
          "qs_mode_changed_at": null,
          "qs_mode_desired": null,
          "sans": [
            "dhryl.com",
            "*.dhryl.com"
          ],
          "status": "pending_validation",
          "type": "universal",
          "validation_method": "txt",
          "validation_type": "dv",
          "validity_days": 90,
          "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b"
        },
        "owner": {
          "id": "c55b43a9c61d0ff0145830a4ec9b631f"
        },
        "resource": {
          "id": "c8182a76-5b0c-4788-85ed-6bb672812fa0",
          "type": "certificate_pack"
        },
        "when": "2026-06-17T01:43:02.752932Z"
      },
      {
        "action": {
          "info": "Certificate pack deployed",
          "result": true,
          "type": "deployed"
        },
        "actor": {
          "id": "1",
          "type": "system"
        },
        "id": "40d11668-d12a-49a1-9607-3350b354423c",
        "interface": "",
        "metadata": {
          "zone_name": "dhryl.com",
          "zone_tag": "7e623def6f8aca5e6bb37b6d65936e0b"
        },
        "newValue": "",
        "newValueJson": {
          "certificate_authority": "google",
          "certificates": [
            {
              "bundle_method": "ubiquitous",
              "expires_on": "2026-09-15T01:37:56Z",
              "hosts": [
                "dhryl.com",
                "*.dhryl.com"
              ],
              "id": "8ec0b05b-9651-4d94-bb5a-aa0c9a9f71dd",
              "issuer": "GoogleTrustServices",
              "modified_on": "2026-06-17T01:43:02.744623Z",
              "priority": null,
              "serial_number": "64002663634769754619688701035603784748",
              "signature": "ECDSAWithSHA256",
              "status": "active",
              "uploaded_on": null,
              "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b"
            }
```

```
      ],
      "created_at": "2026-06-17T01:37:54.479548Z",
      "dedicated_ips": false,
      "hosts": [
        "dhryl.com",
        "*.dhryl.com"
      ],
      "id": "c8182a76-5b0c-4788-85ed-6bb672812fa0",
      "modified_on": "2026-06-17T01:43:02.744623Z",
      "primary_certificate": "8ec0b05b-9651-4d94-bb5a-aa0c9a9f71dd",
      "priority": 0,
      "qs_mode": 0,
      "qs_mode_changed_at": null,
      "qs_mode_desired": null,
      "redeployed_at": 0,
      "sans": [
        "dhryl.com",
        "*.dhryl.com"
      ],
      "status": "active",
      "type": "universal",
      "validity_days": 90,
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b"
    },
    "oldValue": "",
    "oldValueJson": {
      "certificate_authority": "google",
      "certificates": [
        {
          "bundle_method": "ubiquitous",
          "expires_on": "2026-09-15T01:37:56Z",
          "hosts": [
            "dhryl.com",
            "*.dhryl.com"
          ],
          "id": "8ec0b05b-9651-4d94-bb5a-aa0c9a9f71dd",
          "issuer": "GoogleTrustServices",
          "modified_on": "2026-06-17T01:43:02.744623Z",
          "priority": null,
          "serial_number": "640026636347697546196887010356O3784748",
          "signature": "ECDSAWithSHA256",
          "status": "pending_deployment",
          "uploaded_on": null,
          "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b"
        }
      ],
      "created_at": "2026-06-17T01:37:54.479548Z",
      "dedicated_ips": false,
      "hosts": [
        "dhryl.com",
        "*.dhryl.com"
      ],
      "id": "c8182a76-5b0c-4788-85ed-6bb672812fa0",
      "modified_on": "2026-06-17T01:43:02.744623Z",
      "primary_certificate": "8ec0b05b-9651-4d94-bb5a-aa0c9a9f71dd",
      "priority": 0,
      "qs_mode": 0,
      "qs_mode_changed_at": null,
      "qs_mode_desired": null,
      "sans": [
        "dhryl.com",
        "*.dhryl.com"
      ],
      "status": "pending_deployment",
      "type": "universal",
      "validation_method": "txt",
      "validity_days": 90,
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b"
    },
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "c8182a76-5b0c-4788-85ed-6bb672812fa0",
      "type": "certificate_pack"
    },
    "when": "2026-06-17T01:43:05.300587Z"
  },
  {
    "action": {
      "result": true,
      "type": "delete"
    },
    "actor": {
      "email": "tom@thegrif.net",
      "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
      "ip": "96.225.39.118",
      "type": "user"
    },
    "id": "f663d9ab-3947-4853-9e5b-51ae64d56726",
    "interface": "UI",
    "metadata": {
      "zone_name": "dhryl.com"
    },
    "newValue": "",
    "newValueJson": {
      "content": "34.42.100.71",
      "data": {},
      "id": "66da839a28f84cac2f1df32add4ae635",
      "name": "dhryl.com",
      "proxied": true,
      "settings": {},
      "ttl": 1,
      "type": "A",
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
      "zone_name": "dhryl.com"
    },
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "66da839a28f84cac2f1df32add4ae635",
      "type": "dns.record"
    },
    "when": "2026-06-17T02:03:29.049602Z"
  },
```

```
      {
        "action": {
          "result": true,
          "type": "delete"
        },
        "actor": {
          "email": "tom@thegrif.net",
          "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
          "ip": "96.225.39.118",
          "type": "user"
        },
        "id": "180a693e-6dfb-4204-a1c2-437dab99e245",
        "interface": "UI",
        "metadata": {
          "zone_name": "dhryl.com"
        },
        "newValue": "",
        "newValueJson": {
          "content": "34.42.100.71",
          "data": {},
          "id": "ae53e1e1bef2eb5fb8bbb7b5f1785474",
          "name": "www.dhryl.com",
          "proxied": true,
          "settings": {},
          "ttl": 1,
          "type": "A",
          "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
          "zone_name": "dhryl.com"
        },
        "oldValue": "",
        "oldValueJson": {},
        "owner": {
          "id": "c55b43a9c61d0ff0145830a4ec9b631f"
        },
        "resource": {
          "id": "ae53e1e1bef2eb5fb8bbb7b5f1785474",
          "type": "dns.record"
        },
        "when": "2026-06-17T02:03:29.04961Z"
      },
      {
        "action": {
          "result": true,
          "type": "delete"
        },
        "actor": {
          "email": "tom@thegrif.net",
          "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
          "ip": "96.225.39.118",
          "type": "user"
        },
        "id": "954883de-e6ec-488c-8c33-a9743c948a31",
        "interface": "UI",
        "metadata": {
          "zone_name": "dhryl.com"
        },
        "newValue": "",
        "newValueJson": {
          "content": "\"v=spf1 include:_spf.mx.cloudflare.net ~all\"",
          "data": {},
          "id": "b13128b042cdbb9f937ba165bfc2528e",
          "name": "dhryl.com",
          "proxied": false,
          "settings": {},
          "ttl": 1,
          "type": "TXT",
          "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
          "zone_name": "dhryl.com"
        },
        "oldValue": "",
        "oldValueJson": {},
        "owner": {
          "id": "c55b43a9c61d0ff0145830a4ec9b631f"
        },
        "resource": {
          "id": "b13128b042cdbb9f937ba165bfc2528e",
          "type": "dns.record"
        },
        "when": "2026-06-17T02:03:29.049626Z"
      },
      {
        "action": {
          "result": true,
          "type": "delete"
        },
        "actor": {
          "email": "tom@thegrif.net",
          "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
          "ip": "96.225.39.118",
          "type": "user"
        },
        "id": "e38a0b85-6aae-4320-96e4-0908135048ef",
        "interface": "UI",
        "metadata": {
          "zone_name": "dhryl.com"
        },
        "newValue": "",
        "newValueJson": {
          "content": "\"cTnouv7IN9hLqcS5MjNWPA6lGwRoyUdEwKjziHYFlGI\"",
          "data": {},
          "id": "d6d9d709a7a28947cfa6555f193c0fdf",
          "name": "_acme-challenge.dhryl.com",
          "proxied": false,
          "settings": {},
          "ttl": 1,
          "type": "TXT",
          "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
          "zone_name": "dhryl.com"
        },
        "oldValue": "",
        "oldValueJson": {},
        "owner": {
          "id": "c55b43a9c61d0ff0145830a4ec9b631f"
        },
        "resource": {
          "id": "d6d9d709a7a28947cfa6555f193c0fdf",
          "type": "dns.record"
        },
```

```
      "when": "2026-06-17T02:03:29.04962Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "d7a4c8b0-3b01-4281-80b1-ec12941a8967",
      "interface": "UI",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "192.168.2.1",
        "data": {},
        "id": "4347ebd8f343a892cf93e986f7a218e7",
        "name": "dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 1,
        "type": "A",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "4347ebd8f343a892cf93e986f7a218e7",
        "type": "dns.record"
      },
      "when": "2026-06-17T02:03:43.126701Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "85400adb-aee1-4ef2-8bb6-d4d85b565296",
      "interface": "UI",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "comment": "Created during Cloudflare Rules deployment process for Redirect from WWW to root [Template]",
        "content": "192.0.2.1",
        "data": {},
        "id": "583e5c1d74c7a07778c5b9aae13c935c",
        "name": "www.dhryl.com",
        "proxied": true,
        "settings": {},
        "ttl": 1,
        "type": "A",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "583e5c1d74c7a07778c5b9aae13c935c",
        "type": "dns.record"
      },
      "when": "2026-06-17T02:05:58.306013Z"
    },
    {
      "action": {
        "result": true,
        "type": "rulesets_create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "25ddffdf-30e4-4a7d-b139-159814465eea",
      "interface": "UI",
      "metadata": {
        "cf-ray": "a0ce7e0b4efcb999-SEA",
        "id": "6e14c258c603432c8e3f6f0a95d7da46",
        "kind": "zone",
        "phase": "http_request_dynamic_redirect",
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "description": "",
        "id": "6e14c258c603432c8e3f6f0a95d7da46",
        "kind": "zone",
        "last_updated": "2026-06-17T02:05:59.066497Z",
        "name": "default",
        "phase": "http_request_dynamic_redirect",
        "rules": [
          {
            "action": "redirect",
            "action_parameters": {
              "from_value": {
                "preserve_query_string": false,
                "status_code": 301,
```

```
              "target_url": {
                "expression": "wildcard_replace(http.request.full_uri, r\"https://www.*\", r\"https://${1}\")"
              }
            }
          },
          "description": "Redirect from WWW to root [Template]",
          "enabled": true,
          "expression": "(http.request.full_uri wildcard r\"https://www.*\")",
          "id": "09bf54b6c4fc41db8f592e91011e350f",
          "last_updated": "2026-06-17T02:05:59.066497Z",
          "ref": "09bf54b6c4fc41db8f592e91011e350f",
          "version": "1"
        }
      ],
      "version": "1"
    },
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "6e14c258c603432c8e3f6f0a95d7da46",
      "type": "rulesets"
    },
    "when": "2026-06-17T02:05:59.084618Z"
  },
  {
    "action": {
      "result": true,
      "type": "delete"
    },
    "actor": {
      "email": "tom@thegrif.net",
      "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
      "ip": "96.225.39.118",
      "type": "user"
    },
    "id": "e794bdf5-9a16-4381-969f-eabb8d6a9b7f",
    "interface": "UI",
    "metadata": {
      "zone_name": "dhryl.com"
    },
    "newValue": "",
    "newValueJson": {
      "content": "192.168.2.1",
      "data": {},
      "id": "4347ebd8f343a892cf93e986f7a218e7",
      "name": "dhryl.com",
      "proxied": false,
      "settings": {},
      "ttl": 1,
      "type": "A",
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
      "zone_name": "dhryl.com"
    },
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "4347ebd8f343a892cf93e986f7a218e7",
      "type": "dns.record"
    },
    "when": "2026-06-17T02:07:20.766512Z"
  },
  {
    "action": {
      "result": true,
      "type": "create"
    },
    "actor": {
      "email": "tom@thegrif.net",
      "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
      "ip": "96.225.39.118",
      "type": "user"
    },
    "id": "8fb616d6-9fcd-4644-8d1f-6ec5b52eee80",
    "interface": "UI",
    "metadata": {
      "zone_name": "dhryl.com"
    },
    "newValue": "",
    "newValueJson": {
      "comment": "Created during Cloudflare Rules deployment process for page_rules",
      "content": "192.0.2.1",
      "data": {},
      "id": "492d228474eddeafd5711b645ce81953",
      "name": "dhryl.com",
      "proxied": true,
      "settings": {},
      "ttl": 1,
      "type": "A",
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
      "zone_name": "dhryl.com"
    },
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "492d228474eddeafd5711b645ce81953",
      "type": "dns.record"
    },
    "when": "2026-06-17T02:07:26.498754Z"
  },
  {
    "action": {
      "result": true,
      "type": "create"
    },
    "actor": {
      "email": "tom@thegrif.net",
      "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
      "ip": "96.225.39.118",
      "type": "user"
```

```
      },
      "id": "40118acb-b951-497c-b0f8-67a2d4bb61a0",
      "interface": "UI",
      "metadata": {
        "pr_behavior": {
          "forward_status_code": 301,
          "forward_url": "https://www.youtube.com/playlist?list=PLGy_pxFpGg5g"
        },
        "pr_match": "dhryl.com/on-the-run",
        "pr_priority": 1,
        "pr_status": "active",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {},
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "11e39178a3c6428cb61852bb9b77b68c",
        "type": "pagerule"
      },
      "when": "2026-06-17T02:07:26Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "55881ac7-d083-4019-8abc-379af92393c4",
      "interface": "UI",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "18.210.122.141",
        "data": {},
        "id": "681adf484218b22547cd49b504bc25c1",
        "name": "lab.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 1,
        "type": "A",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "681adf484218b22547cd49b504bc25c1",
        "type": "dns.record"
      },
      "when": "2026-06-17T10:43:06.580502Z"
    },
    {
      "action": {
        "result": true,
        "type": "update"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "23d5b9ce-a331-4daf-a1ad-3b3a7a3f1b0c",
      "interface": "UI",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "comment": "Created during Cloudflare Rules deployment process for page_rules",
        "content": "192.0.2.1",
        "data": {},
        "id": "492d228474eddeafd5711b645ce81953",
        "name": "dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 1,
        "type": "A",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "492d228474eddeafd5711b645ce81953",
        "type": "dns.record"
      },
      "when": "2026-06-17T10:46:01.474104Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
```

```
      },
      "id": "33919e64-1117-44fb-a6a3-511a5b817073",
      "interface": "UI",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "18.210.122.141",
        "data": {},
        "id": "015d5360a3d1d51ff8bda467fcf4027f",
        "name": "pages.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 1,
        "type": "A",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "015d5360a3d1d51ff8bda467fcf4027f",
        "type": "dns.record"
      },
      "when": "2026-06-17T10:46:45.154326Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "cec0ec1b-3d84-4d95-86c1-14883e2e3d41",
      "interface": "UI",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "18.210.122.141",
        "data": {},
        "id": "97b95e5d0b21d1b18788e359e8b9276e",
        "name": "*.pages.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 1,
        "type": "A",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "97b95e5d0b21d1b18788e359e8b9276e",
        "type": "dns.record"
      },
      "when": "2026-06-17T10:46:53.627783Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "9644e45b-cf63-48e8-b91e-022f27f2a0a7",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "4aaqovx4gc56kdce2dgeznqhp7rzye7s.dkim.amazonses.com",
        "data": {},
        "id": "c4fa9fc13d22e3992b0499744b1d210c",
        "name": "4aaqovx4gc56kdce2dgeznqhp7rzye7s._domainkey.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 1,
        "type": "CNAME",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "c4fa9fc13d22e3992b0499744b1d210c",
        "type": "dns.record"
      },
      "when": "2026-06-17T12:37:53.297086Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
```

```
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "d74127ef-cfde-4dcc-874f-9436135f9684",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "r55j642427n5eb7vxqbsbeseippzuwr7.dkim.amazonses.com",
        "data": {},
        "id": "85e93914eab6e67225981ced1cb18f9e",
        "name": "r55j642427n5eb7vxqbsbeseippzuwr7._domainkey.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 1,
        "type": "CNAME",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "85e93914eab6e67225981ced1cb18f9e",
        "type": "dns.record"
      },
      "when": "2026-06-17T12:37:54.00829Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "d5d6fe24-678d-4839-9131-b6c2f1c7c721",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "vpnwrdpj3vq7cnann4xzpfcvkscdx33s.dkim.amazonses.com",
        "data": {},
        "id": "f3a5ff8e465b387dda0746bed2afd438",
        "name": "vpnwrdpj3vq7cnann4xzpfcvkscdx33s._domainkey.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 1,
        "type": "CNAME",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "f3a5ff8e465b387dda0746bed2afd438",
        "type": "dns.record"
      },
      "when": "2026-06-17T12:37:54.486045Z"
    },
    {
      "action": {
        "result": true,
        "type": "update"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "7ef58608-14a7-4832-8e31-1e22b45965f3",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "4aaqovx4gc56kdce2dgeznqhp7rzye7s.dkim.amazonses.com",
        "data": {},
        "id": "c4fa9fc13d22e3992b0499744b1d210c",
        "name": "4aaqovx4gc56kdce2dgeznqhp7rzye7s._domainkey.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 300,
        "type": "CNAME",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "c4fa9fc13d22e3992b0499744b1d210c",
        "type": "dns.record"
      },
      "when": "2026-06-17T12:38:55.06297Z"
    },
    {
      "action": {
        "result": true,
        "type": "update"
      },
      "actor": {
```

```
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "074f230c-5716-4526-b687-628a753486cf",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "4aaqovx4gc56kdce2dgeznqhp7rzye7s.dkim.amazonses.com",
        "data": {},
        "id": "c4fa9fc13d22e3992b0499744b1d210c",
        "name": "4aaqovx4gc56kdce2dgeznqhp7rzye7s._domainkey.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 300,
        "type": "CNAME",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "c4fa9fc13d22e3992b0499744b1d210c",
        "type": "dns.record"
      },
      "when": "2026-06-17T12:39:05.614197Z"
    },
    {
      "action": {
        "result": true,
        "type": "update"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "669642bd-4f45-4590-bc3c-251896872949",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "r55j642427n5eb7vxqbsbeseippzuwr7.dkim.amazonses.com",
        "data": {},
        "id": "85e93914eab6e67225981ced1cb18f9e",
        "name": "r55j642427n5eb7vxqbsbeseippzuwr7._domainkey.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 300,
        "type": "CNAME",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "85e93914eab6e67225981ced1cb18f9e",
        "type": "dns.record"
      },
      "when": "2026-06-17T12:39:05.921745Z"
    },
    {
      "action": {
        "result": true,
        "type": "update"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "66320ec7-b037-4ffd-8ef0-068a23c19099",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "vpnwrdpj3vq7cnann4xzpfcvkscdx33s.dkim.amazonses.com",
        "data": {},
        "id": "f3a5ff8e465b387dda0746bed2afd438",
        "name": "vpnwrdpj3vq7cnann4xzpfcvkscdx33s._domainkey.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 300,
        "type": "CNAME",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "f3a5ff8e465b387dda0746bed2afd438",
        "type": "dns.record"
      },
      "when": "2026-06-17T12:39:07.017142Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
```

```
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "55db6f81-a7bf-4b5d-84b8-a8c48d335922",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"-Vbpb_lHg1oNlBE5lXs8mEN2K6ecU-W3V-HPaTKdUrQ\"",
        "data": {},
        "id": "150a59daf6e561c775de5a73ccbff171",
        "name": "_acme-challenge.pages.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 120,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "150a59daf6e561c775de5a73ccbff171",
        "type": "dns.record"
      },
      "when": "2026-06-17T12:40:53.672867Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "ebc64b42-13fc-488a-a767-871699cbc9b1",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"t4FHXAX__IickectSoRSSv1ioTSubK8SSBGk-8or6Pg\"",
        "data": {},
        "id": "6453daa7b844eb89c1de337b473256a7",
        "name": "_acme-challenge.pages.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 120,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "6453daa7b844eb89c1de337b473256a7",
        "type": "dns.record"
      },
      "when": "2026-06-17T12:40:53.843768Z"
    },
    {
      "action": {
        "result": true,
        "type": "delete"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "f9ea900a-fc0c-4e9f-91eb-f5bdfcb2f1cd",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"-Vbpb_lHg1oNlBE5lXs8mEN2K6ecU-W3V-HPaTKdUrQ\"",
        "data": {},
        "id": "150a59daf6e561c775de5a73ccbff171",
        "name": "_acme-challenge.pages.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 120,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "150a59daf6e561c775de5a73ccbff171",
        "type": "dns.record"
      },
      "when": "2026-06-17T12:45:03.334802Z"
    },
    {
      "action": {
```

```
      "result": true,
      "type": "delete"
    },
    "actor": {
      "email": "tom@thegrif.net",
      "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
      "ip": "96.225.39.118",
      "type": "user"
    },
    "id": "56c2d37d-acee-416e-88d3-b0833d7dce5b",
    "interface": "API",
    "metadata": {
      "zone_name": "dhryl.com"
    },
    "newValue": "",
    "newValueJson": {
      "content": "\"t4FHXAX__IickectSoRSSv1ioTSubK8SSBGk-8or6Pg\"",
      "data": {},
      "id": "6453daa7b844eb89c1de337b473256a7",
      "name": "_acme-challenge.pages.dhryl.com",
      "proxied": false,
      "settings": {},
      "ttl": 120,
      "type": "TXT",
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
      "zone_name": "dhryl.com"
    },
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "6453daa7b844eb89c1de337b473256a7",
      "type": "dns.record"
    },
    "when": "2026-06-17T12:45:03.574682Z"
  },
  {
    "action": {
      "result": true,
      "type": "create"
    },
    "actor": {
      "email": "tom@thegrif.net",
      "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
      "ip": "96.225.39.118",
      "type": "user"
    },
    "id": "9b6234a0-6c44-49e9-8adc-4cd5b410b1f0",
    "interface": "API",
    "metadata": {
      "zone_name": "dhryl.com"
    },
    "newValue": "",
    "newValueJson": {
      "content": "get-test-1781700332",
      "data": {},
      "id": "a52d247da1b41fed99e47bcef5624af8",
      "name": "_acme-challenge.pages.dhryl.com",
      "proxied": false,
      "settings": {},
      "ttl": 300,
      "type": "TXT",
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
      "zone_name": "dhryl.com"
    },
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "a52d247da1b41fed99e47bcef5624af8",
      "type": "dns.record"
    },
    "when": "2026-06-17T12:45:33.038235Z"
  },
  {
    "action": {
      "result": true,
      "type": "create"
    },
    "actor": {
      "email": "tom@thegrif.net",
      "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
      "ip": "96.225.39.118",
      "type": "user"
    },
    "id": "eba65808-5854-47ed-9d2e-24a914ad8d67",
    "interface": "API",
    "metadata": {
      "zone_name": "dhryl.com"
    },
    "newValue": "",
    "newValueJson": {
      "content": "get-top-test-1781700371",
      "data": {},
      "id": "cfa0b6f3692865d341b5ce1524792121",
      "name": "_get-acme-test.dhryl.com",
      "proxied": false,
      "settings": {},
      "ttl": 300,
      "type": "TXT",
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
      "zone_name": "dhryl.com"
    },
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "cfa0b6f3692865d341b5ce1524792121",
      "type": "dns.record"
    },
    "when": "2026-06-17T12:46:11.774435Z"
  },
```

```
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "819d6e42-b5c8-441f-8c6f-dc5b6750fd2b",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "get-child-test-1781700422",
        "data": {},
        "id": "ffef179057f1f72dccbb44c8e89c2716",
        "name": "_get-test.pages.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 300,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "ffef179057f1f72dccbb44c8e89c2716",
        "type": "dns.record"
      },
      "when": "2026-06-17T12:47:02.341092Z"
    },
    {
      "action": {
        "result": true,
        "type": "delete"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "f77f3dce-cdb9-4cc3-8b1d-baae554e8191",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "get-test-1781700332",
        "data": {},
        "id": "a52d247da1b41fed99e47bcef5624af8",
        "name": "_acme-challenge.pages.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 300,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "a52d247da1b41fed99e47bcef5624af8",
        "type": "dns.record"
      },
      "when": "2026-06-17T12:47:21.585003Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "14e3c657-bbcb-4e1b-9783-f733f38fd6a3",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "get-test-recreated-1781700443",
        "data": {},
        "id": "f9cf3e66cac13438e6b0908a6497bfed",
        "name": "_acme-challenge.pages.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 300,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "f9cf3e66cac13438e6b0908a6497bfed",
        "type": "dns.record"
      },
```

```
    "when": "2026-06-17T12:47:23.857234Z"
  },
  {
    "action": {
      "result": true,
      "type": "delete"
    },
    "actor": {
      "email": "tom@thegrif.net",
      "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
      "ip": "96.225.39.118",
      "type": "user"
    },
    "id": "d5c38bcd-cda3-4932-83c9-de741d6a4486",
    "interface": "API",
    "metadata": {
      "zone_name": "dhryl.com"
    },
    "newValue": "",
    "newValueJson": {
      "content": "get-test-recreated-1781700443",
      "data": {},
      "id": "f9cf3e66cac13438e6b0908a6497bfed",
      "name": "_acme-challenge.pages.dhryl.com",
      "proxied": false,
      "settings": {},
      "ttl": 300,
      "type": "TXT",
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
      "zone_name": "dhryl.com"
    },
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "f9cf3e66cac13438e6b0908a6497bfed",
      "type": "dns.record"
    },
    "when": "2026-06-17T12:47:43.731823Z"
  },
  {
    "action": {
      "result": true,
      "type": "create"
    },
    "actor": {
      "email": "tom@thegrif.net",
      "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
      "ip": "96.225.39.118",
      "type": "user"
    },
    "id": "43053f7f-9cd2-4e01-b50a-9fca54b98b6f",
    "interface": "API",
    "metadata": {
      "zone_name": "dhryl.com"
    },
    "newValue": "",
    "newValueJson": {
      "content": "_acme-challenge-pages.dhryl.com",
      "data": {},
      "id": "f6052bdaff1ff9af31e0927c735774eb",
      "name": "_acme-challenge.pages.dhryl.com",
      "proxied": false,
      "settings": {},
      "ttl": 300,
      "type": "CNAME",
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
      "zone_name": "dhryl.com"
    },
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "f6052bdaff1ff9af31e0927c735774eb",
      "type": "dns.record"
    },
    "when": "2026-06-17T12:47:43.954939Z"
  },
  {
    "action": {
      "result": true,
      "type": "delete"
    },
    "actor": {
      "email": "tom@thegrif.net",
      "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
      "ip": "96.225.39.118",
      "type": "user"
    },
    "id": "92355e5f-2032-4b5f-aa63-8bfdfabb019e",
    "interface": "API",
    "metadata": {
      "zone_name": "dhryl.com"
    },
    "newValue": "",
    "newValueJson": {
      "content": "_acme-challenge-pages.dhryl.com",
      "data": {},
      "id": "f6052bdaff1ff9af31e0927c735774eb",
      "name": "_acme-challenge.pages.dhryl.com",
      "proxied": false,
      "settings": {},
      "ttl": 300,
      "type": "CNAME",
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
      "zone_name": "dhryl.com"
    },
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "f6052bdaff1ff9af31e0927c735774eb",
```

```
        "type": "dns.record"
      },
      "when": "2026-06-17T12:48:06.337416Z"
    },
    {
      "action": {
        "result": true,
        "type": "delete"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "942c3c9d-ef3f-41e6-ad15-c19beaccb7c1",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "get-top-test-1781700371",
        "data": {},
        "id": "cfa0b6f3692865d341b5ce1524792121",
        "name": "_get-acme-test.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 300,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "cfa0b6f3692865d341b5ce1524792121",
        "type": "dns.record"
      },
      "when": "2026-06-17T12:48:06.599583Z"
    },
    {
      "action": {
        "result": true,
        "type": "delete"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "a7ee9233-d347-4467-b111-bdd31139a950",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "get-child-test-1781700422",
        "data": {},
        "id": "ffef179057f1f72dccbb44c8e89c2716",
        "name": "_get-test.pages.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 300,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "ffef179057f1f72dccbb44c8e89c2716",
        "type": "dns.record"
      },
      "when": "2026-06-17T12:48:06.851286Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "d3b844f1-9c1f-4cd6-96b4-ce15d1361467",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "get-ready-1781700844",
        "data": {},
        "id": "74e255addfd7f69521c462dc7d3fffab",
        "name": "_acme-challenge.pages.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 300,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
```

```
      "resource": {
        "id": "74e255addfd7f69521c462dc7d3fffab",
        "type": "dns.record"
      },
      "when": "2026-06-17T12:54:04.58435Z"
    },
    {
      "action": {
        "result": true,
        "type": "delete"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "a70872d9-ee7b-4ca9-97f5-40059d6e9f9b",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "get-ready-1781700844",
        "data": {},
        "id": "74e255addfd7f69521c462dc7d3fffab",
        "name": "_acme-challenge.pages.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 300,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "74e255addfd7f69521c462dc7d3fffab",
        "type": "dns.record"
      },
      "when": "2026-06-17T12:54:18.719256Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "bf708536-efe6-445c-b3ee-4b807296f66a",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"LDYQX0VElF-aLS8q0L_p7E_u2S_CcqkixuXp-RXInmg\"",
        "data": {},
        "id": "6d251c0ed2d6eb4067048e526e233ca4",
        "name": "_acme-challenge.pages.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 120,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "6d251c0ed2d6eb4067048e526e233ca4",
        "type": "dns.record"
      },
      "when": "2026-06-17T13:35:04.899218Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "b991c1d4-6456-4769-ab24-702a63cbc76b",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"sz7s6BBIvTpAgyCsHyJxpvh1XhNhQfCMYOY0KV438FA\"",
        "data": {},
        "id": "db085d6f05c302d4edd53438e1c5ec8b",
        "name": "_acme-challenge.pages.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 120,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
```

```
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "db085d6f05c302d4edd53438e1c5ec8b",
      "type": "dns.record"
    },
    "when": "2026-06-17T13:35:05.306838Z"
  },
  {
    "action": {
      "result": true,
      "type": "delete"
    },
    "actor": {
      "email": "tom@thegrif.net",
      "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
      "ip": "96.225.39.118",
      "type": "user"
    },
    "id": "026f3d3d-692e-4e47-881c-dfdb03fc0e60",
    "interface": "API",
    "metadata": {
      "zone_name": "dhryl.com"
    },
    "newValue": "",
    "newValueJson": {
      "content": "\"sz7s6BBIvTpAgyCsHyJxpvh1XhNhQfCMYOY0KV438FA\"",
      "data": {},
      "id": "db085d6f05c302d4edd53438e1c5ec8b",
      "name": "_acme-challenge.pages.dhryl.com",
      "proxied": false,
      "settings": {},
      "ttl": 120,
      "type": "TXT",
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
      "zone_name": "dhryl.com"
    },
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "db085d6f05c302d4edd53438e1c5ec8b",
      "type": "dns.record"
    },
    "when": "2026-06-17T13:37:34.748068Z"
  },
  {
    "action": {
      "result": true,
      "type": "delete"
    },
    "actor": {
      "email": "tom@thegrif.net",
      "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
      "ip": "96.225.39.118",
      "type": "user"
    },
    "id": "9dde5599-b420-41b7-a92f-473c54af03a0",
    "interface": "API",
    "metadata": {
      "zone_name": "dhryl.com"
    },
    "newValue": "",
    "newValueJson": {
      "content": "\"LDYQX0VElF-aLS8q0L_p7E_u2S_CcqkixuXp-RXInmg\"",
      "data": {},
      "id": "6d251c0ed2d6eb4067048e526e233ca4",
      "name": "_acme-challenge.pages.dhryl.com",
      "proxied": false,
      "settings": {},
      "ttl": 120,
      "type": "TXT",
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
      "zone_name": "dhryl.com"
    },
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "6d251c0ed2d6eb4067048e526e233ca4",
      "type": "dns.record"
    },
    "when": "2026-06-17T13:37:35.196473Z"
  },
  {
    "action": {
      "result": true,
      "type": "create"
    },
    "actor": {
      "email": "tom@thegrif.net",
      "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
      "ip": "96.225.39.118",
      "type": "user"
    },
    "id": "5d24c749-29c7-4020-bb14-4084958ddd24",
    "interface": "API",
    "metadata": {
      "zone_name": "dhryl.com"
    },
    "newValue": "",
    "newValueJson": {
      "content": "\"iLqldWw6548l164ZXQRtXHskYPqG6mtPWU6UOBNmxMw\"",
      "data": {},
      "id": "9ad442c796c7104b6245a98893871c41",
      "name": "_acme-challenge.pages.dhryl.com",
      "proxied": false,
      "settings": {},
      "ttl": 120,
      "type": "TXT",
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
      "zone_name": "dhryl.com"
    },
    "oldValue": "",
```

```
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "9ad442c796c7104b6245a98893871c41",
        "type": "dns.record"
      },
      "when": "2026-06-17T13:37:43.577223Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "235ad360-b865-4655-98a1-f7cf2dfc87af",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"U3-Tr1kSlS2DkQ5R6lsvhy8hVrTJs-raR2JiJbIx9T0\"",
        "data": {},
        "id": "201f84df876742f95d62f6c04b73cc3c",
        "name": "_acme-challenge.pages.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 120,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "201f84df876742f95d62f6c04b73cc3c",
        "type": "dns.record"
      },
      "when": "2026-06-17T13:37:43.777255Z"
    },
    {
      "action": {
        "result": true,
        "type": "delete"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "bbfe2305-a7a5-4c75-b632-b8cd49678bd0",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"U3-Tr1kSlS2DkQ5R6lsvhy8hVrTJs-raR2JiJbIx9T0\"",
        "data": {},
        "id": "201f84df876742f95d62f6c04b73cc3c",
        "name": "_acme-challenge.pages.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 120,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "201f84df876742f95d62f6c04b73cc3c",
        "type": "dns.record"
      },
      "when": "2026-06-17T13:38:54.323088Z"
    },
    {
      "action": {
        "result": true,
        "type": "delete"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "f6c41f1e-dbe2-400e-bd24-f9ecfd11094a",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"iLqldWw6548l164ZXQRtXHskYPqG6mtPWU6UOBNmxMw\"",
        "data": {},
        "id": "9ad442c796c7104b6245a98893871c41",
        "name": "_acme-challenge.pages.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 120,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
```

```
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "9ad442c796c7104b6245a98893871c41",
        "type": "dns.record"
      },
      "when": "2026-06-17T13:38:54.654443Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "add8871a-9544-4e09-8517-603a2f6c69ab",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "QXdKLV0oKf4ok7ogz3m6f3zSM73NedPObKSKsFV2CXE",
        "data": {},
        "id": "f256652e1309cf5b7364a191bb0c51ab",
        "name": "_acme-challenge.pages.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 120,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "f256652e1309cf5b7364a191bb0c51ab",
        "type": "dns.record"
      },
      "when": "2026-06-17T13:39:09.699564Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "e3d59031-8d26-4730-af37-7043ee1c025b",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "zUSIfPUkgqfj8ajNcuDzESuRCxARGgJVFo8HSf_9EmA",
        "data": {},
        "id": "f4c7c41a23210753e5f4df5e59840564",
        "name": "_acme-challenge.pages.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 120,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "f4c7c41a23210753e5f4df5e59840564",
        "type": "dns.record"
      },
      "when": "2026-06-17T13:39:10.71282Z"
    },
    {
      "action": {
        "result": true,
        "type": "create"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "ac7b8251-1a83-44f5-aeee-b97e2adf7791",
      "interface": "UI",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"v=DMARC1; p=none;\"",
        "data": {},
        "id": "490559a9eb369834e3124328d64819f6",
        "name": "_dmarc.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 1,
        "type": "TXT",
```

```
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "490559a9eb369834e3124328d64819f6",
        "type": "dns.record"
      },
      "when": "2026-06-17T14:03:33.309158Z"
    },
    {
      "action": {
        "result": true,
        "type": "update"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "7acc5c72-6851-4dd5-bc14-4804fd08f65a",
      "interface": "UI",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"zUSIfPUkgqfj8ajNcuDzESuRCxARGgJVFo8HSf_9EmA\"",
        "data": {},
        "id": "f4c7c41a23210753e5f4df5e59840564",
        "name": "_acme-challenge.pages.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 120,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "f4c7c41a23210753e5f4df5e59840564",
        "type": "dns.record"
      },
      "when": "2026-06-17T14:03:58.125194Z"
    },
    {
      "action": {
        "result": true,
        "type": "update"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "96.225.39.118",
        "type": "user"
      },
      "id": "22ae74c8-8ade-4ccc-995e-4e9956f04a40",
      "interface": "UI",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"QXdKLV0oKf4ok7ogz3m6f3zSM73NedPObKSKsFV2CXE\"",
        "data": {},
        "id": "f256652e1309cf5b7364a191bb0c51ab",
        "name": "_acme-challenge.pages.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 120,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "f256652e1309cf5b7364a191bb0c51ab",
        "type": "dns.record"
      },
      "when": "2026-06-17T14:04:05.390102Z"
    },
    {
      "action": {
        "result": true,
        "type": "delete"
      },
      "actor": {
        "id": "1",
        "type": "system"
      },
      "id": "71320388-0da6-406c-9992-012d0740986f",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"5JTKyMBE7IHQtwreMbJxnPhJ2mXrNUIn0Wt8IdWxJj8\"",
        "data": {},
        "id": "27f2ec4e973033708b6876a6788998b4",
        "name": "_acme-challenge.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 1,
        "type": "TXT",
```

```
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "27f2ec4e973033708b6876a6788998b4",
        "type": "dns.record"
      },
      "when": "2026-06-17T14:24:17.171127Z"
    },
    {
      "action": {
        "result": true,
        "type": "delete"
      },
      "actor": {
        "id": "1",
        "type": "system"
      },
      "id": "ae6f0147-0b62-4349-ac38-56cefeddd09f",
      "interface": "API",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "content": "\"_j3z0qHWWN4-5WvNfmBErGz8WxxTs385XGhElEZZnU4\"",
        "data": {},
        "id": "dfaa2e38033150390e7de027f9bd6e66",
        "name": "_acme-challenge.dhryl.com",
        "proxied": false,
        "settings": {},
        "ttl": 1,
        "type": "TXT",
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "zone_name": "dhryl.com"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "dfaa2e38033150390e7de027f9bd6e66",
        "type": "dns.record"
      },
      "when": "2026-06-17T14:24:17.183631Z"
    },
    {
      "action": {
        "info": "Backup pack issued for certificate pack",
        "result": true,
        "type": "backup_issued"
      },
      "actor": {
        "id": "1",
        "type": "system"
      },
      "id": "b4e578c2-6096-4519-883f-e1b4e66d996e",
      "interface": "",
      "metadata": {
        "zone_name": "dhryl.com",
        "zone_tag": "7e623def6f8aca5e6bb37b6d65936e0b"
      },
      "newValue": "",
      "newValueJson": {
        "authority": "ssl_com_account_102",
        "backup": true,
        "brand_id": null,
        "bundle_method": "ubiquitous",
        "certificates": [
          {
            "expires_on": "2026-09-15T01:37:58Z",
            "fingerprint_sha256": "0d13870034f9aca7927b182664cdb6e756a61a5cb7f7464debb75163660465c3",
            "id": "097304cd-d03c-4b11-acfd-91f549021fa7",
            "issued_on": "2026-06-17T14:14:15Z",
            "issuer": "SSLCorporation",
            "serial_number": "124495854630585420850768964572O8660007",
            "signature": "ECDSAWithSHA256"
          }
        ],
        "dedicated_ips": false,
        "hosts": [
          "dhryl.com",
          "*.dhryl.com"
        ],
        "id": "c31814bc-d732-47ac-97ca-3fb44f109075",
        "modified_on": "2026-06-17T08:10:41.76359Z",
        "priority": 0,
        "qs_mode": 0,
        "qs_mode_changed_at": null,
        "qs_mode_desired": null,
        "sans": [
          "dhryl.com",
          "*.dhryl.com"
        ],
        "status": "backup_issued",
        "type": "universal",
        "validation_method": "txt",
        "validation_type": "dv",
        "validity_days": 90,
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b"
      },
      "oldValue": "",
      "oldValueJson": {
        "authority": "ssl_com_account_102",
        "backup": true,
        "brand_id": null,
        "bundle_method": "ubiquitous",
        "certificates": [
          {
            "expires_on": "2026-09-15T01:37:58Z",
            "fingerprint_sha256": "0d13870034f9aca7927b182664cdb6e756a61a5cb7f7464debb75163660465c3",
            "id": "097304cd-d03c-4b11-acfd-91f549021fa7",
```

```
          "issued_on": "2026-06-17T14:14:15Z",
          "issuer": "SSLCorporation",
          "serial_number": "124495854630585420850768964572086600007",
          "signature": "ECDSAWithSHA256"
        }
      ],
      "dedicated_ips": false,
      "hosts": [
        "dhryl.com",
        "*.dhryl.com"
      ],
      "id": "c31814bc-d732-47ac-97ca-3fb44f109075",
      "modified_on": "2026-06-17T08:10:41.76359Z",
      "priority": 0,
      "qs_mode": 0,
      "qs_mode_changed_at": null,
      "qs_mode_desired": null,
      "sans": [
        "dhryl.com",
        "*.dhryl.com"
      ],
      "status": "pending_validation",
      "type": "universal",
      "validation_method": "txt",
      "validation_type": "dv",
      "validity_days": 90,
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b"
    },
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "c31814bc-d732-47ac-97ca-3fb44f109075",
      "type": "certificate_pack"
    },
    "when": "2026-06-17T14:24:17.210986Z"
  },
  {
    "action": {
      "result": true,
      "type": "create"
    },
    "actor": {
      "id": "1",
      "type": "system"
    },
    "id": "9c9d5e2c-280c-43b2-8da1-dbf578ab13a4",
    "interface": "API",
    "metadata": {
      "zone_name": "dhryl.com"
    },
    "newValue": "",
    "newValueJson": {
      "content": "\"v=spf1 include:_spf.mx.cloudflare.net ~all\"",
      "data": {},
      "id": "1d9211d7dba908ecfb1e8debf124a4a3",
      "name": "dhryl.com",
      "proxied": false,
      "settings": {},
      "ttl": 1,
      "type": "TXT",
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
      "zone_name": "dhryl.com"
    },
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "1d9211d7dba908ecfb1e8debf124a4a3",
      "type": "dns.record"
    },
    "when": "2026-06-17T16:33:09.607439Z"
  },
  {
    "action": {
      "info": "Create custom address",
      "result": true,
      "type": "create"
    },
    "actor": {
      "email": "tom@thegrif.net",
      "id": "1",
      "ip": "96.225.39.118",
      "type": "user"
    },
    "id": "25465f7d-7330-564e-8901-7f84ef413b0e",
    "interface": "UI",
    "metadata": {},
    "newValue": "",
    "newValueJson": {
      "actions": "[{\"type\":\"forward\",\"value\":[\"tom@thegrif.net\"]}]",
      "enabled": true,
      "matchers": "[{\"type\":\"literal\",\"field\":\"to\",\"value\":\"gitlab@dhryl.com\"}]",
      "tag": "ffac8dafd1c44b8a82c1dcd195bfad05"
    },
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "ffac8dafd1c44b8a82c1dcd195bfad05",
      "type": "email_routing.rule"
    },
    "when": "2026-06-17T17:01:01.552187Z"
  },
  {
    "action": {
      "result": true,
      "type": "create"
    },
    "actor": {
      "email": "tom@thegrif.net",
      "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
      "ip": "96.225.39.118",
      "type": "user"
```

```
    },
    "id": "783c89c0-4db4-43e3-945e-4433882a4f2a",
    "interface": "API",
    "metadata": {
      "zone_name": "dhryl.com"
    },
    "newValue": "",
    "newValueJson": {
      "content": "feedback-smtp.us-east-1.amazonses.com",
      "data": {},
      "id": "576ff01f0c8229b17e537f1103ef42eb",
      "name": "mail.dhryl.com",
      "priority": 10,
      "proxied": false,
      "settings": {},
      "ttl": 1,
      "type": "MX",
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
      "zone_name": "dhryl.com"
    },
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "576ff01f0c8229b17e537f1103ef42eb",
      "type": "dns.record"
    },
    "when": "2026-06-18T01:17:52.237668Z"
  },
  {
    "action": {
      "result": true,
      "type": "create"
    },
    "actor": {
      "email": "tom@thegrif.net",
      "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
      "ip": "96.225.39.118",
      "type": "user"
    },
    "id": "f6fc7a69-0ba9-4e9f-a3b1-6a0f27aa2070",
    "interface": "API",
    "metadata": {
      "zone_name": "dhryl.com"
    },
    "newValue": "",
    "newValueJson": {
      "content": "v=spf1 include:amazonses.com ~all",
      "data": {},
      "id": "d4992aa4a4dca2f1ea57a7c96c6c555b",
      "name": "mail.dhryl.com",
      "proxied": false,
      "settings": {},
      "ttl": 1,
      "type": "TXT",
      "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b",
      "zone_name": "dhryl.com"
    },
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "d4992aa4a4dca2f1ea57a7c96c6c555b",
      "type": "dns.record"
    },
    "when": "2026-06-18T01:17:53.268705Z"
  },
  {
    "action": {
      "info": "Create custom address",
      "result": true,
      "type": "create"
    },
    "actor": {
      "email": "tom@thegrif.net",
      "id": "1",
      "ip": "96.225.39.118",
      "type": "user"
    },
    "id": "e21eb7df-19ca-5551-b0c2-f394aec0fdf1",
    "interface": "UI",
    "metadata": {},
    "newValue": "",
    "newValueJson": {
      "actions": "[{\"type\":\"forward\",\"value\":[\"tom@thegrif.net\"]}]",
      "enabled": true,
      "matchers": "[{\"type\":\"literal\",\"field\":\"to\",\"value\":\"tommy@dhryl.com\"}]",
      "tag": "7f4337d96ad442a6a6532afa29473e45"
    },
    "oldValue": "",
    "oldValueJson": {},
    "owner": {
      "id": "c55b43a9c61d0ff0145830a4ec9b631f"
    },
    "resource": {
      "id": "7f4337d96ad442a6a6532afa29473e45",
      "type": "email_routing.rule"
    },
    "when": "2026-06-19T23:25:55.17884Z"
  },
  {
    "action": {
      "result": true,
      "type": "delete"
    },
    "actor": {
      "type": "system"
    },
    "id": "48df9969-9d98-e5be-0965-01dc0630c245",
    "interface": "API",
    "metadata": {
      "zone_name": "dhryl.com"
    },
    "newValue": "",
```

```
      "newValueJson": {
        "action": "disable"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "type": "zone.hold"
      },
      "when": "2026-07-06T05:19:16.079604Z"
    },
    {
      "action": {
        "result": true,
        "type": "delete"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "::1",
        "type": "user"
      },
      "id": "c4a0b3c2-7ba8-511a-b2db-2d05dace992e",
      "interface": "",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {},
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "type": "zone"
      },
      "when": "2026-07-13T05:19:13Z"
    },
    {
      "action": {
        "info": "Certificate pack delete requested",
        "result": true,
        "type": "delete_requested"
      },
      "actor": {
        "id": "1",
        "type": "system"
      },
      "id": "79f70da3-1a73-45c6-a288-4073ed3ccb5e",
      "interface": "",
      "metadata": {
        "zone_name": "dhryl.com",
        "zone_tag": "7e623def6f8aca5e6bb37b6d65936e0b"
      },
      "newValue": "",
      "newValueJson": {
        "authority": "google",
        "brand_id": null,
        "bundle_method": "ubiquitous",
        "certificates": [
          {
            "expires_on": "2026-09-15T01:37:56Z",
            "fingerprint_sha256": "b4227e7ee423a6c0d9331a7ab86c62ebfc21de20b80b2341c9a7cf998eb28092",
            "id": "8ec0b05b-9651-4d94-bb5a-aa0c9a9f71dd",
            "issued_on": "2026-06-17T00:42:56Z",
            "issuer": "GoogleTrustServices",
            "serial_number": "640026636347697546196887010356037847 48",
            "signature": "ECDSAWithSHA256"
          }
        ],
        "dedicated_ips": false,
        "hosts": [
          "dhryl.com",
          "*.dhryl.com"
        ],
        "id": "c8182a76-5b0c-4788-85ed-6bb672812fa0",
        "modified_on": "2026-06-17T01:43:05.297683Z",
        "priority": 0,
        "qs_mode": 0,
        "qs_mode_changed_at": null,
        "qs_mode_desired": null,
        "sans": [
          "dhryl.com",
          "*.dhryl.com"
        ],
        "status": "pending_deletion",
        "type": "universal",
        "validation_method": "txt",
        "validation_type": "dv",
        "validity_days": 90,
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b"
      },
      "oldValue": "",
      "oldValueJson": {
        "authority": "google",
        "brand_id": null,
        "bundle_method": "ubiquitous",
        "certificates": [
          {
            "expires_on": "2026-09-15T01:37:56Z",
            "fingerprint_sha256": "b4227e7ee423a6c0d9331a7ab86c62ebfc21de20b80b2341c9a7cf998eb28092",
            "id": "8ec0b05b-9651-4d94-bb5a-aa0c9a9f71dd",
            "issued_on": "2026-06-17T00:42:56Z",
            "issuer": "GoogleTrustServices",
            "serial_number": "64002663634769754619688701035603784748",
            "signature": "ECDSAWithSHA256"
          }
        ],
        "dedicated_ips": false,
        "hosts": [
          "dhryl.com",
          "*.dhryl.com"
        ],
```

```
        "id": "c8182a76-5b0c-4788-85ed-6bb672812fa0",
        "modified_on": "2026-06-17T01:43:05.297683Z",
        "priority": 0,
        "qs_mode": 0,
        "qs_mode_changed_at": null,
        "qs_mode_desired": null,
        "sans": [
          "dhryl.com",
          "*.dhryl.com"
        ],
        "status": "active",
        "type": "universal",
        "validation_method": "txt",
        "validation_type": "dv",
        "validity_days": 90,
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b"
      },
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "c8182a76-5b0c-4788-85ed-6bb672812fa0",
        "type": "certificate_pack"
      },
      "when": "2026-07-13T05:19:14.192547Z"
    },
    {
      "action": {
        "info": "Certificate pack delete requested",
        "result": true,
        "type": "delete_requested"
      },
      "actor": {
        "id": "1",
        "type": "system"
      },
      "id": "001df7a7-2ad1-4183-90c6-426c84a4d33f",
      "interface": "",
      "metadata": {
        "zone_name": "dhryl.com",
        "zone_tag": "7e623def6f8aca5e6bb37b6d65936e0b"
      },
      "newValue": "",
      "newValueJson": {
        "authority": "ssl_com_account_102",
        "backup": true,
        "brand_id": null,
        "bundle_method": "ubiquitous",
        "dedicated_ips": false,
        "id": "c31814bc-d732-47ac-97ca-3fb44f109075",
        "modified_on": "2026-06-17T14:24:17.200419Z",
        "priority": 0,
        "qs_mode": 0,
        "qs_mode_changed_at": null,
        "qs_mode_desired": null,
        "sans": [],
        "status": "pending_deletion",
        "type": "universal",
        "validation_method": "txt",
        "validation_type": "dv",
        "validity_days": 90,
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b"
      },
      "oldValue": "",
      "oldValueJson": {
        "authority": "ssl_com_account_102",
        "backup": true,
        "brand_id": null,
        "bundle_method": "ubiquitous",
        "certificates": [
          {
            "expires_on": "2026-09-15T01:37:58Z",
            "fingerprint_sha256": "0d13870034f9aca7927b182664cdb6e756a61a5cb7f7464debb75163660465c3",
            "id": "097304cd-d03c-4b11-acfd-91f549021fa7",
            "issued_on": "2026-06-17T14:14:15Z",
            "issuer": "SSLCorporation",
            "serial_number": "1244958546305854208507689645720866007",
            "signature": "ECDSAWithSHA256"
          }
        ],
        "dedicated_ips": false,
        "hosts": [
          "dhryl.com",
          "*.dhryl.com"
        ],
        "id": "c31814bc-d732-47ac-97ca-3fb44f109075",
        "modified_on": "2026-06-17T14:24:17.200419Z",
        "priority": 0,
        "qs_mode": 0,
        "qs_mode_changed_at": null,
        "qs_mode_desired": null,
        "sans": [
          "dhryl.com",
          "*.dhryl.com"
        ],
        "status": "backup_issued",
        "type": "universal",
        "validation_method": "txt",
        "validation_type": "dv",
        "validity_days": 90,
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b"
      },
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "c31814bc-d732-47ac-97ca-3fb44f109075",
        "type": "certificate_pack"
      },
      "when": "2026-07-13T05:19:14.196939Z"
    },
    {
      "action": {
        "info": "Certificate pack deleted",
        "result": true,
        "type": "deleted"
      },
      "actor": {
```

```
        "id": "1",
        "type": "system"
      },
      "id": "afd0f496-0529-4e20-8c52-fd6e062f27f8",
      "interface": "",
      "metadata": {
        "zone_name": "dhryl.com",
        "zone_tag": "7e623def6f8aca5e6bb37b6d65936e0b"
      },
      "newValue": "",
      "newValueJson": {
        "certificate_authority": "google",
        "certificates": [
          {
            "bundle_method": "ubiquitous",
            "expires_on": "2026-09-15T01:37:56Z",
            "hosts": [
              "dhryl.com",
              "*.dhryl.com"
            ],
            "id": "8ec0b05b-9651-4d94-bb5a-aa0c9a9f71dd",
            "issuer": "GoogleTrustServices",
            "modified_on": "2026-07-13T05:19:14.187008Z",
            "priority": null,
            "serial_number": "64002663634769754619688701035603784748",
            "signature": "ECDSAWithSHA256",
            "status": "deleted",
            "uploaded_on": null,
            "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b"
          }
        ],
        "created_at": "2026-06-17T01:37:54.479548Z",
        "dedicated_ips": false,
        "hosts": [
          "dhryl.com",
          "*.dhryl.com"
        ],
        "id": "c8182a76-5b0c-4788-85ed-6bb672812fa0",
        "modified_on": "2026-07-13T05:19:14.187008Z",
        "primary_certificate": "8ec0b05b-9651-4d94-bb5a-aa0c9a9f71dd",
        "priority": 0,
        "qs_mode": 0,
        "qs_mode_changed_at": null,
        "qs_mode_desired": null,
        "sans": [
          "dhryl.com",
          "*.dhryl.com"
        ],
        "status": "deleted",
        "type": "universal",
        "validity_days": 90,
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b"
      },
      "oldValueJson": {
        "certificate_authority": "google",
        "certificates": [
          {
            "bundle_method": "ubiquitous",
            "expires_on": "2026-09-15T01:37:56Z",
            "hosts": [
              "dhryl.com",
              "*.dhryl.com"
            ],
            "id": "8ec0b05b-9651-4d94-bb5a-aa0c9a9f71dd",
            "issuer": "GoogleTrustServices",
            "modified_on": "2026-07-13T05:19:14.187008Z",
            "priority": null,
            "serial_number": "64002663634769754619688701035603784748",
            "signature": "ECDSAWithSHA256",
            "status": "pending_deletion",
            "uploaded_on": null,
            "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b"
          }
        ],
        "created_at": "2026-06-17T01:37:54.479548Z",
        "dedicated_ips": false,
        "hosts": [
          "dhryl.com",
          "*.dhryl.com"
        ],
        "id": "c8182a76-5b0c-4788-85ed-6bb672812fa0",
        "modified_on": "2026-07-13T05:19:14.187008Z",
        "primary_certificate": "8ec0b05b-9651-4d94-bb5a-aa0c9a9f71dd",
        "priority": 0,
        "qs_mode": 0,
        "qs_mode_changed_at": null,
        "qs_mode_desired": null,
        "sans": [
          "dhryl.com",
          "*.dhryl.com"
        ],
        "status": "pending_deletion",
        "type": "universal",
        "validation_method": "txt",
        "validity_days": 90,
        "zone_id": "7e623def6f8aca5e6bb37b6d65936e0b"
      },
      "oldValue": "",
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "c8182a76-5b0c-4788-85ed-6bb672812fa0",
        "type": "certificate_pack"
      },
      "when": "2026-07-13T05:19:15.139041Z"
    },
    {
      "action": {
        "result": true,
        "type": "delete"
      },
      "actor": {
        "type": "system"
      },
      "id": "d719808d-dd5c-783f-3765-57e3b3b97730",
      "interface": "API",
      "metadata": {
```

```
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "action": "disable"
      },
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "type": "zone.hold"
      },
      "when": "2026-07-13T05:19:16.620284Z"
    },
    {
      "action": {
        "result": true,
        "type": "tls_settings_deployed"
      },
      "actor": {
        "id": "1",
        "type": "system"
      },
      "id": "3685a446-1453-446a-a1aa-b0c9372eb4ef",
      "interface": "",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {
        "ciphers": "",
        "dispatcher": "",
        "early_hints": "Default",
        "http_2": "Enabled",
        "min_tls_version": "TLSv1.0",
        "quic": "Default",
        "session_tickets": "Enabled",
        "tls_13": "Default",
        "zero_rtt": "Default"
      },
      "oldValue": "",
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "type": "zone"
      },
      "when": "2026-07-13T05:19:16.726123Z"
    },
    {
      "action": {
        "result": true,
        "type": "purge"
      },
      "actor": {
        "email": "tom@thegrif.net",
        "id": "58d2b03cc0ea8d2d8a956ff40cb92e7c",
        "ip": "::1",
        "type": "user"
      },
      "id": "0aacdf8b-6f21-5be5-ab60-1cb5b1427c4c",
      "interface": "",
      "metadata": {
        "zone_name": "dhryl.com"
      },
      "newValue": "",
      "newValueJson": {},
      "oldValue": "",
      "oldValueJson": {},
      "owner": {
        "id": "c55b43a9c61d0ff0145830a4ec9b631f"
      },
      "resource": {
        "id": "7e623def6f8aca5e6bb37b6d65936e0b",
        "type": "zone"
      },
      "when": "2026-07-20T05:19:14Z"
    }
  ]
}
```

# EXHIBIT 10

Letter of Thomas Griffin to Christopher J. Seelinger, Esq., Sept. 22, 2026 (service of Rule 11(c)(2) motion)

**Thomas Griffin**
76 Oakwood Village, Apartment #6
Flanders, NJ 07836
201-259-8860 · tom@thegrif.net

September 22, 2026

**VIA EMAIL (cseelinger@sh-law.com) AND FEDEX PRIORITY OVERNIGHT**

Chris Seelinger, Esq.
Scarinci Hollenbeck, LLC
150 Clove Road, 9th Floor
Little Falls, NJ 07424

cc: Weiner Law Group LLP, 629 Parsippany Road, Parsippany, NJ 07054 (counsel of record on ECF Nos. 1, 2, 9 and 10; no substitution appears on the docket)

**Re: The Onli Corporation, et al. v. Thomas Griffin, Civil Action No. 2:26-cv-07916 (JKS) (SDA) — Service of Motion for Sanctions Under Fed. R. Civ. P. 11(c)(2); Demand for Withdrawal of Verified Complaint ¶ 22 and ¶ 44 (in part), the Ferguson Declaration (ECF No. 1-1 at PageID 39), and ECF No. 2 at 8 and 15**

Dear Mr. Seelinger:

I write to serve the enclosed motion for sanctions under Rule 11(c)(2) and to demand that Plaintiffs withdraw, within the twenty-one days the Rule provides, a sworn factual contention that the records of YouTube, the domain registrar, and Cloudflare show could not have occurred.

The contention is the one on which Plaintiffs rest their only evidence of third-party confusion and third-party harm. The Verified Complaint pleads that Scott Ferguson of Lucra Financial LLC "was the first to notice the counterfeit channel," that Lucra "was confused by" it, and that an internal Lucra video "not intended to be publicly available" was displayed there. ECF No. 1 ¶ 22. The Declaration of Scott Ferguson, executed June 25, 2026 and attached as Exhibit D, supplies the mechanism: the Google Alert "led me to the YouTube channel youtube.com/@onlicorporation (reached by way of a forward / redirect from the domain dhryl.com)." ECF No. 1-1 at PageID 39, ¶ 2. Ms. Anton and Mr. Anton each verified the Complaint on June 29, 2026 as "true and correct based on my personal knowledge." ECF No. 1 at PageID 21, 22. Plaintiffs' brief repeated the account twice as fact. ECF No. 2 at 8, 15. On September 14, 2026, Plaintiffs re-advocated the entire application as a motion for a preliminary injunction. ECF No. 14.

No such forward existed at any moment while the channel existed. The proof is not testimony; it is a calendar kept by third parties.

### The record

(a) **May 27, 2026.** dhryl.com is registered at Unstoppable Domains. From registration until the evening of June 16 it sits on the registrar's default nameservers, resolving to the

registrar's parking page. No forwarding or redirect of any kind is configured. (Griffin Decl. ¶¶ 4–6, Ex. A, Ex. E.)

(b) **May 29, 2026.** The @onlicorporation channel is created. By Plaintiffs' own verified allegation, Onli begins reporting it to YouTube that same day. ECF No. 1 ¶ 23.

(c) **June 3 and June 5, 2026.** YouTube removes six videos on a copyright request submitted in Onli's name; two days later it reinstates five of them because Ms. Anton's ten-URL notice, signed "COO of the Company," failed to identify any copyrighted work. Not one of the videos in either notice concerned Lucra. (Griffin Decl. ¶¶ 9–10, Exs. B, C.)

(d) **June 13, 2026, 5:15 a.m.** YouTube terminates the channel in its entirety. Every video becomes unavailable at that moment; none is republished. ECF No. 1 ¶ 23; Griffin Decl. ¶ 11, Ex. D. Ninety minutes later I wrote to Mr. Anton — Plaintiffs filed the email as their Exhibit E — that "I think dhryl.com might debut over the weekend." ECF No. 1-1 at PageID 41. Plaintiffs' own exhibit records that dhryl.com had not gone live when the channel died.

(e) **June 16, 2026, 9:38 p.m. Eastern.** dhryl.com is placed on Cloudflare — the first moment at which any forwarding for the domain is configured anywhere — three and a half days after the channel ceased to exist. (Griffin Decl. ¶ 12, Ex. E.)

(f) **June 17, 2026, 02:07 UTC.** The only forward from dhryl.com to any external destination ever created: a single page rule sending the path dhryl.com/on-the-run to a YouTube music-video playlist on a different channel. The only other redirect object in the zone's life is a template rule sending www.dhryl.com to dhryl.com. Cloudflare's complete, 98-entry audit log records nothing else from the zone's creation until its deletion on July 13, 2026. (Griffin Decl. ¶¶ 13–15, Exs. F, G.)

Before June 16, dhryl.com forwarded nowhere. After June 13, @onlicorporation did not exist. The one external forward ever configured pointed elsewhere. There was no hour, on any day between May 27 and July 13, 2026, at which a person could have reached @onlicorporation "by way of a forward / redirect from the domain dhryl.com."

**The pleading contradicts itself**

Paragraph 22 pleads that Mr. Ferguson "was the first to notice" the channel. Paragraph 23 pleads that Onli began filing reports with YouTube about the channel "[b]eginning on May 29, 2026" — the day it was created. Both paragraphs were verified on personal knowledge by the same two declarants. Both cannot be true. The contradiction is visible on the face of the pleading; it required no investigation to find.

**The "confidential" video was published by a Plaintiff**

The Ferguson Declaration swears that "[a]n internal Lucra video — which was private and not authorized for public release — was published without our consent," and that Lucra's "confidential video was exposed to the public." ECF No. 1-1 at PageID 39, ¶¶ 2, 4. The two Lucra videos that appeared on the channel are copies of "Lucra Cash" (vimeo.com/615357673) and "Lucra Demo" (vimeo.com/875762521). Both were uploaded to Vimeo by the account "Onli" (vimeo.com/onlistudio) — on September 26, 2021 and October 18, 2023 — and both are publicly viewable there today, with public view counters; "Lucra Demo" appears among that account's public videos. (Griffin Decl. ¶¶ 16–18, Exs. I, J.) A video that Onli itself uploaded and displays to the public was not "private," was not "confidential," and was not "exposed to the public" by me. Onli did not need to investigate to learn that. The publication was its own act.

**Why Rule 11 applies**

Rule 11(b)(3) is violated when a factual contention lacks evidentiary support, and the standard is objective: whether a reasonable inquiry at the time of signing would have shown the contention to be well grounded. *Business Guides, Inc. v. Chromatic Commc'ns Enters., Inc.*, 498 U.S. 533, 551 (1991). The Rule reaches represented parties who verify a complaint in support of emergency relief, because a party who signs "bears a personal, nondelegable responsibility to certify the truth and reasonableness of the document." *Id.* at 546–47. And the certification is renewed each time a party "later advocat[es]" the paper. Fed. R. Civ. P. 11(b). Plaintiffs did so on September 14.

I anticipate the response: that Mr. Ferguson is a non-party, that Plaintiffs relied on him in good faith, and that whether he mis-remembered a URL is a detail for discovery. Take that argument at its strongest and it still fails, for three reasons. First, Rule 11 does not recognize a "pure heart and empty head" defense; the question is what a reasonable inquiry would have revealed. *In re Taylor*, 655 F.3d 274, 284 (3d Cir. 2011). Plaintiffs did not need Mr. Ferguson to tell them when the channel was reported (¶ 23), when it was terminated (¶ 23), or that Onli's own Vimeo account had published the "confidential" video years earlier. Those facts were in Plaintiffs' hands, and each one refutes what they verified. Second, the redirect is not a detail. It is the only account Plaintiffs offer of how a single person outside their company encountered the channel and was confused by it; strip it out and ¶ 22, ¶ 44's Lucra clause, and pages 8 and 15 of the brief rest on nothing. Third, the material was not merely filed and forgotten. It was verified, argued, and — after the Consent Order gave Plaintiffs seven weeks to reconsider — re-advocated as the basis for a preliminary injunction.

**What Plaintiffs must do**

Within twenty-one days of service of the enclosed motion, Plaintiffs must withdraw, by filing a notice of withdrawal or a corrected pleading, each of the following:

(a) Verified Complaint (ECF No. 1) ¶ 22 in its entirety, and ¶ 44 to the extent it asserts that "Lucra Financial … initially believed the counterfeit channel to be authentic";

(b) the "Declaration of Lucra Financial LLC / Customer Impact Statement" attached to the Verified Complaint (ECF No. 1-1 at PageID 39), signed by Scott Ferguson and dated

June 25, 2026, together with Plaintiffs' presentation of it and their continued reliance on it; and

(c) Plaintiffs' Brief in Support of their Application for a TRO and Order to Show Cause (ECF No. 2) at page 8 ("The damage was immediate. Scott Ferguson … was the first to notice the fake Onli channel …") and page 15 ("Lucra Financial … noticed these fake Onli accounts and initially believed they were authentic") — the only passages in which Plaintiffs offer anyone outside their own company as evidence of confusion or harm.

The motion is served today by email and by overnight delivery. The twenty-one-day period of Rule 11(c)(2) expires on October 14, 2026. If the material has not been withdrawn by that date, I will file the motion with the Clerk on or after October 15, 2026, noticed for the November 16, 2026 motion day, and will ask the Court to strike the material and to bar Plaintiffs from relying on it in support of their converted preliminary-injunction motion or otherwise. I will make the same showing in my opposition to that motion, due September 28, 2026, whether or not Plaintiffs withdraw.

If Plaintiffs contend that any date in the chronology above is wrong, identify the date and the document that contradicts it. The exhibits are enclosed so that no one need take my word for any of it.

This letter is without waiver of, and expressly reserves, all rights and remedies.

Sincerely,

Thomas Griffin
Defendant, pro se

**Enclosures:**
1. Notice of Motion for Sanctions Under Fed. R. Civ. P. 11 (unfiled; served under Rule 11(c)(2))
2. Brief in Support
3. Declaration of Thomas Griffin Under 28 U.S.C. § 1746, with Exhibits A–J
4. Proposed Order
5. Certification of Service

# EXHIBIT 11

Screen captures made September 28, 2026: youtube.com/@dhryl (public view);
vimeo.com/615357673 (“Lucra Cash”) and vimeo.com/875762521 (“Lucra Demo”),
account “Onli”

**1. https://www.youtube.com/@dhryl — public (signed-out) view, about 10:09 a.m.**

Captured by Defendant on September 28, 2026 (Eastern time). Unaltered except for scaling.



**2. https://vimeo.com/615357673 — "Lucra Cash," account "Onli," 124 views, "5 years ago," public**

Captured by Defendant on September 28, 2026 (Eastern time). Unaltered except for scaling.



**3. https://vimeo.com/875762521 — "Lucra Demo," account "Onli," "Uploaded on Oct 18, 2023," public**

Captured by Defendant on September 28, 2026 (Eastern time). Unaltered except for scaling.



# EXHIBIT 12

Letter of Thomas Griffin to Christopher J. Seelinger, Esq., Sept. 22, 2026 (transfer of the Exhibit G domains: deadline and next steps)

**Thomas P. Griffin**
76-6 Oakwood Village, Flanders, NJ 07836
(201) 259-8860 tom@thegrif.net

September 22, 2026

**To:** Scarinci Hollenbeck, LLC
150 Clove Road, 9th Floor
Little Falls, NJ 07424

**Attn:** Christopher J. Seelinger, Esq.

**SENT VIA EMAIL - *cseelinger@sh-law.com***

**Re:** *The Onli Corporation, et al. v. Thomas Griffin*, Civil Action No. 2:26-cv 07916 (JKS) (SDA) — Transfer of the Exhibit G Domains: Deadline and Next Steps

Dear Mr. Seelinger:

I write to set a date certain for your clients to accept the transfer of the domain names listed in Exhibit G to the Verified Complaint (ECF No. 1-1 at 25), and to make a clear record of how a transfer that the Court's Consent Order describes as one "that Defendant has offered and Plaintiffs have accepted," ECF No. 11 ¶ 2(c), has remained uncompleted for *nearly three months* for reasons that sit entirely on your clients' side of the table.

I handed your clients the registrar account seventy days ago. The entire method was log in, change the password. Nothing simpler exists. Every domain would have been theirs, under their sole control, within minutes. Your clients were unable to do it. When you then asked for something different, I agreed, and we are now running a registrar-to-registrar transfer — a more involved process, but one more instance of my bending over backward to give your clients confidence that I am committed to doing whatever I can to resolve their troubles.

The principle is a simple one. Your clients came to this Court on June 29 asserting that these domains cause them irreparable harm. They then obtained, on consent, an order enjoining me from "any knowing actions or inactions that would frustrate or prevent" the transfer of those domains to them. ECF No. 11 ¶ 2(c). A party that tells a federal court that a thing is causing it irreparable harm, and is then handed the keys to that thing, takes the keys. Your clients could not manage to turn them.

**For those keeping score at home:**

**July 14, 2026.** I wrote to you under the subject "Accelerated Domain Handoff" and gave your clients the registrar account outright. I had moved the account to a dedicated mailbox created for the purpose, placed working credentials for both the registrar account and that mailbox in your hands, and laid out the steps by which your clients could take control of every domain in the account that same day. All that was required of them was to sign in, change the password, and confirm — from that moment the account, and every domain in it, would have been theirs alone. I did this thirteen days before the Consent Order was entered, and I did it, in my words at the time, "to help your clients feel more at ease working with me, through you, towards a global resolution to this dispute."

**July 28–30, 2026.** On our July 28 call you asked me to reissue the credentials. I reissued them on July 30 and re-sent the instructions. No one signed in. No one changed the password. The simplest method available — the one your clients only had to accept — went unused.

**August 2026.** You left Weiner Law Group in early August. On August 24 you confirmed that you and Mr. Grossman "will be representing Onli again." The parties' joint status letter of the same date acknowledges that the transition "took longer than expected." ECF No. 12 at 1. Throughout that interval the credentials sat unused.

**September 2, 2026.** I wrote to "close the loop on the domain transfer," noting that I had "never received final official word from your end that the domains landed in the appropriate hands." You replied: "I'll check in on that."

**September 7–11, 2026.** Because no one had touched the account in more than seven weeks, the registrar's multi-factor token had expired and, under its security rules, outbound transfers were locked. Regaining access required a multi-day exchange with Unstoppable Domains support, including standing up a web server at my home so that the registrar could confirm the request originated from the same IP address that registered the domains in May. Ten emails back-and-forth and I was able to get access restored and the transfer lock lifted by September 11.

**September 8–9, 2026.** I wrote again on September 8 describing that effort. You replied on September 9: "I'll get back to you on the Domain situation."

**September 10, 2026.** You wrote that your clients "are also prepared to carry out the domain transfer," that you were "not sure what went wrong last time, but simpler would be better," and asked me to "[s]end the written instructions for your plan and they will get started on it ASAP." I note the sequence: your clients could not complete a password change, and the response was to ask me for a different method.

**September 18, 2026.** I accommodated that request. I sent you a letter setting out a registrar-to-registrar transfer under the Extensible Provisioning Protocol, in which your clients use a registrar account they already hold, and I supply an authorization code for each domain. It is not the simple route — that route was on the table on July 14 — but it is the route your side asked for, and I took it. My covering email asked for exactly two facts: the receiving registrar and the email address on that account. Your entire reply was: "Received, I reserve all rights regarding the quality of this letter."

**September 21, 2026.** Without waiting for those two facts, I generated and sent you the authorization codes for every domain and asked once more for the receiving registrar and account email. No response.

That is the record: the account itself handed over, two sets of credentials, four written follow-ups, one written commitment from your clients, a second transfer method adopted at your request, one full set of authorization codes — and, seventy days on, not one domain transferred.

**<u>What Happens Next</u>**

The authorization codes sent on September 21 are valid for 72 hours from issuance and lapse on the afternoon of Thursday, September 24. Whether your clients act within that window is their choice, and only theirs. Accordingly:

1. **By 5:00 p.m. on Wednesday, September 23, 2026**, confirm in writing (a) the registrar to which your clients will transfer the domains and (b) the email address on that registrar account, and confirm that your clients have initiated the inbound transfer of each domain using the codes already in your possession.

2. If the codes lapse before your client acts, I will regenerate them once more on your written request. Each regeneration opens another 72-hour window; it does not change who must act within it.

3. If your clients would rather not operate a registrar account themselves, Scarinci Hollenbeck may receive the domains into a firm-controlled account on their behalf. Holding a client's domain portfolio is a routine step for a law firm, and I will support it on the same terms. Should your clients instead prefer to acquire the domains through the registrar's marketplace, say so, and I will re-list each domain at the minimum price the platform permits; the current listing price of $10,000 per domain exists for one reason only — to prevent any third party from acquiring them while this transfer is pending.

4. **If the transfer has not been initiated by 5:00 p.m. on Friday, September 25, 2026**, I will file a letter with the Court under the jurisdiction it retained in Paragraph 13 of the Consent Order, reporting this history, attaching the correspondence quoted above, and asking the Court (i) to find that I have fully performed under Paragraph 2(c), and (ii) to fix a date certain by which Plaintiffs must accept the transfer, failing which my obligation under Paragraph 2(c) is deemed satisfied. I will also place this record before Magistrate Judge Adams in my confidential settlement memorandum ahead of the October 19 conference, and before Judge Semper in my opposition to your clients' preliminary-injunction motion, where the question of how urgently Plaintiffs actually regard the harm, these domains supposedly cause will be squarely presented.

I will say the rest plainly, because it will be said to the Court if this is not finished by Friday. **Your clients swore that these domains were inflicting harm so severe that no later remedy could repair it, and on that oath, they asked a federal judge for emergency relief. They then spent seventy days unable to change a password.** A litigant cannot swear to irreparable harm in June and decline the cure through September; the Court will be asked which of the two it should believe, and the correspondence quoted above will answer for me.

I have carried this transfer since July — the account, the credentials, the reissued credentials, the registrar lockout, the letter, the codes — and I will continue to meet every obligation Paragraph 2(c) places on me, to the letter. But the work of accepting is your clients', and their failure to do it is now theirs to explain, not mine to excuse. This is the last letter I will write on the subject. The next document will bear a caption.

This letter is without waiver of, and expressly reserves, all rights, claims, defenses, and remedies.

Very Truly Yours,

Thomas Griffin

# EXHIBIT 13

Email thread, subject “We are good on domains?”, Sept. 25, 2026 (1:03 p.m.; 3:11 p.m.) and Sept. 28, 2026 (11:15 a.m.)

Gmail

Tom Griffin <tom@thegrif.net>

## We are good on domains?

3 messages

**Tom Griffin** <tom@thegrif.net> Fri, Sep 25, 2026 at 1:03 PM
To: "Christopher J. Seelinger" <cseelinger@sh-law.com>

TG

**Christopher J. Seelinger** <cseelinger@sh-law.com> Fri, Sep 25, 2026 at 3:11 PM
To: Tom Griffin <tom@thegrif.net>

Mostly. All of the .link domains got errors on the transfer. I'm out today, so we can discuss next week.

**Chris Seelinger** | **Counsel**
cseelinger@sh-law.com | Bio | vCard | LinkedIn
Direct Phone: 201-899-2411

SCARINCI | HOLLENBECK, LLC
**150 Clove Road | 9th Floor | Little Falls, NJ 07424 | map**
P: 201.896.4100 | F: 201.896.8660

**sh-law.com | New York | New Jersey**

**Confidentiality Notice:** This electronic message contains information from the law firm of Scarinci Hollenbeck. This email and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please forward same to sender and destroy the original transmission and its attachments without reading or saving in any manner.

**From:** Tom Griffin <tom@thegrif.net>
**Sent:** Friday, 25 September 2026 13:03:14
**To:** Christopher J. Seelinger <cseelinger@sh-law.com>
**Subject:** [EXTERNAL] We are good on domains?

**[EXTERNAL EMAIL]**

TG

**Tom Griffin** <tom@thegrif.net> Mon, Sep 28, 2026 at 11:15 AM
To: "Christopher J. Seelinger" <cseelinger@sh-law.com>

Chris,

I'm not sure why the .link domains are stuck in limbo. Everything seems correct but I'm getting this error when I attempt to view the domain's transfer auth code:




I have two options for you:

1. **Purchase each of the domains** (I set them to the lowest price allowed, $20). You would visit each domain, click the buy button, and then check out once all domains are in your cart. It would be $20 x 8 = $160. I don't know how, but if there's a way I can cover this cost for your clients, please let me know.

2. **Create an account for your client at Unstoppable Domains.** The registration url is https://unstoppabledomains.com/auth?flow=signup. Alternatively they may already have an account they wish to use. Once the account is set up, I need the account ID which is found in Settings. It will look something like "omega-eagle-rb3grgo"




The domains for your reference are:

- dhryl.link
- dhrylscam.link
- katherineanton.link
- nastykatty.link
- onlibullshit.link
- onliclassaction.link
- onlilawsuit.link
- onlitoken.link

Do either of those options seem appealing to you?

TG

[Quoted text hidden]