Thomas Griffin
Defendant, Pro Se
76 Oakwood Village, Apartment 6
Flanders, NJ 07836
(201) 259-8860
tom@thegrif.net

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE ONLI CORPORATION, DHRYL ANTON, and MICHAELA KATHRENS ANTON,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS GRIFFIN,<br><br>Defendant. | Civil Action No. 2:26-cv-07916 (JKS) (SDA)<br><br>Hon. Jamel K. Semper, U.S.D.J.<br>Hon. Stacey D. Adams, U.S.M.J.<br><br>**CERTIFICATION OF SERVICE** |

I, Thomas Griffin, Defendant appearing pro se, certify as follows:

1. On September 28, 2026, I caused the following documents to be filed with the Clerk of the Court through the Court's Alternate Document Submission (ADS) system: (a) Defendant's Brief in Opposition to Plaintiffs' Motion for a Preliminary Injunction; (b) Declaration of Thomas Griffin Under 28 U.S.C. § 1746 in Opposition to Plaintiffs' Motion for a Preliminary Injunction, with Exhibits 1 through 13; (c) [Proposed] Order denying the motion and [Proposed] Alternative Order; and (d) this Certification of Service.

2. On the same date, I served true and correct copies of each of those documents on Plaintiffs' counsel by electronic mail addressed to Christopher J. Seelinger, Esq., Scarinci Hollenbeck, LLC, 150 Clove Road, 9th Floor, Little Falls, NJ 07424, cseelinger@sh-law.com, and to Weiner Law Group LLP, 629 Parsippany Road, Parsippany, NJ 07054, counsel of record on the docket, at cseelinger@weiner.law. Plaintiffs will also receive notice of each document through the Court's ECF system upon docketing, which is the method of service to which they consented in Paragraph 6 of the Consent Order (ECF No. 11).

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 28, 2026

________________________________

Thomas Griffin
Defendant, pro se